Joseph G. Pia (9945) (joe.pia@piahoyt.com)
Ciera Kimmerer (17159) (ckimmerer@piahoyt.com)
PIA HOYT, LLC
170 South Main Street, Suite 1100
Salt Lake City, UT 84101
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

*Attorneys for Defendant Gold Coin Group, LLC*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JERRY KELSCH, individually and on behalf of other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GOLD COIN GROUP, LLC,<br><br>    Defendant. | **APPEARANCE OF COUNSEL**<br>**(Joseph G. Pia)**<br><br>Case No. 2:25-cv-00995-DBB<br><br>Judge David Bruce Barlow |

TO THE COURT AND ALL PARTIES OF RECORD:

NOTICE IS HEREBY GIVEN that Joseph G. Pia of Pia Hoyt, LLC, enters his appearance as counsel for Defendant Gold Coin Group, LLC ("Defendant"). Copies of all future notices, pleadings, and other materials served in this case should be directed to and served upon Mr. Pia the contact information listed above

DATED: May 11, 2026.                     PIA HOYT, LLC

                                          /s/ *Ciera Kimmerer*
                                          Joseph G. Pia
                                          Ciera A. Kimmerer
                                          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026 a true and correct copy of the foregoing **APPEARANCE OF COUNSEL (Joseph G. Pia)** was filed using the Court's electronic filing system, which will serve a notice of filing upon all counsel of record.

*/s/ Melanie Buervenich*
Licensed Paralegal Practitioner
