Joseph G. Pia (9945) (joe.pia@piahoyt.com)
Ciera Kimmerer (17159) (ckimmerer@piahoyt.com)
PIA HOYT, LLC
170 South Main Street, Suite 1100
Salt Lake City, UT 84101
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

*Attorneys Gold Coin Group, LLC*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JERRY KELSCH, individually and on behalf of other similarly situated,<br><br>    Plaintiff,<br>v.<br><br>GOLD COIN GROUP, LLC,<br><br>    Defendant. | **UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:25-cv-00995-DBB<br><br>Judge David Bruce Barlow |

Defendant Gold Coin Group ("Defendant"), by and through the undersigned counsel of record and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby respectfully submits this Unopposed Motion for Extension of Time ("Motion") to answer or otherwise respond to the Complaint filed by Plaintiff Jerry Kelsch.

Good cause exists to extend the deadline to answer or otherwise respond to the Complaint because Defendant recently retained counsel, Pia Hoyt, who need additional time to come up to speed. Additionally, Defendant needs additional time to prepare its forthcoming motion to compel arbitration. Counsel for Defendant conferred with counsel for Plaintiff, Jerry Kelsch, who informed counsel that Plaintiff does not oppose the Motion.

Thus, based on the foregoing, Defendant respectfully requests that the deadline to answer or otherwise plead to the complaint be extended to June 1, 2026.

A proposed order is concurrently filed herewith.

DATED: May 11, 2026.                                    PIA HOYT, LLC

                                                        /s/ *Joseph G. Pia*
                                                        Joseph G. Pia
                                                        Ciera A. Kimmerer
                                                        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026 a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** was filed using the Court's electronic filing system, which will serve a notice of filing upon all counsel of record.

                                                        /s/ *Melanie Buervenich*
                                                        Licensed Paralegal Practitioner