Joseph G. Pia (9945) (joe.pia@piahoyt.com)
Ciera Kimmerer (17159) (ckimmerer@piahoyt.com)
PIA HOYT, LLC
170 South Main Street, Suite 1100
Salt Lake City, UT 84101
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

*Attorneys for Defendant Gold Coin Group, LLC*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JERRY KELSCH, individually and on behalf of other similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>GOLD COIN GROUP, LLC,<br><br>  Defendant. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**<br><br>Case No. 2:25-cv-00995-DBB<br><br>Judge David Bruce Barlow |

Before the Court is Defendant Gold Coin Group, LLC's Unopposed Motion for Extension of Time. Considering the papers submitted and for good cause appearing, the Motion is GRANTED. It is HEREBY ORDERED that Defendant shall have until June 1, 2026 to answer or otherwise respond to the Complaint filed by Plaintiff Jerry Kelsch.

  IT IS SO ORDERED.

_____
Judge David Bruce Barlow