# THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| JERRY KELSCH, individually and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**GOLD COIN GROUP LLC,**<br><br>**Defendant.** | **ORDER**<br><br>**Case No. 2:25-cv-00995-DBB-JCB**<br><br>**District Judge David Barlow**<br><br>**Magistrate Judge Jared C. Bennett** |

District Judge David Barlow referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is Defendant Gold Coin Group LLC's ("Gold Coin Group") unopposed motion to extend its deadline to respond to Plaintiff's complaint.[2] Based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that the deadline for Gold Coin Group to answer or otherwise respond to Plaintiff's complaint is extended to June 1, 2026.

SO ORDERED this 13th day of May 2026.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 14.

[2] ECF No. 12.