Joseph G. Pia (9945) (joe.pia@piahoyt.com)
Ciera Kimmerer (17159) (ckimmerer@piahoyt.com)
PIA HOYT, LLC
170 South Main Street, Suite 1100
Salt Lake City, UT 84101
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

Robert Ward* (robert@ifrahlaw.com)
Abbey Block* (ablock@ifrahlaw.com)
IFRAH LAW
1717 Pennsylvania Ave., N.W., Suite 650
Washington, DC 20006
Telephone: (202) 524-4140
*Admitted Pro Hac Vice

*Attorneys for Defendant Gold Coin Group, LLC*

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JERRY KELSCH, individually and on behalf of other similarly situated,<br><br>    Plaintiff,<br>v.<br><br>GOLD COIN GROUP, LLC,<br><br>    Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br>**(Katie Kovalsky)**<br><br>Case No. 2:25-cv-00995-DBB<br><br>Judge David Bruce Barlow |

I, Joseph G. Pia, move for the pro hac vice admission of Katie Kovalsky as counsel for Defendant Gold Coin Group, LLC, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the Court at the time of filing. I certify that I have verified with Katie Kovalsky that the information contained in the application is true and accurate.

DATED: May 28, 2026.                    PIA HOYT, LLC


                                         /s/ *Joseph G. Pia*
                                         Joseph G. Pia
                                         Ciera A. Kimmerer
                                         *Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026 a true and correct copy of the foregoing **MOTION FOR PRO HAC VICE ADMISSION (Katie Kovalsky)** was filed using the Court's electronic filing system, which will serve a notice of filing upon all counsel of record.

                                         /s/ *Melanie Buervenich*
                                         Licensed Paralegal Practitioner

2