

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Joseph G. Pia |
| Firm: | Pia Hoyt, LLC |
| Address: | 170 South Main Street #1100 |
| | Salt Lake City, Utah 84101 |
| Telephone: | 801-350-9000 |
| Email: | Joe.pia@piahoyt.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Katherine Kovalsky |
| Firm: | Ifrah Law |
| Address: | 1717 Pennsylvania Ave. NM, Suite 650 |
| | Washington, DC 20006 |
| Telephone: | (202) 266-7046 |
| Email: | kkovalsky@ifrahlaw.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Pennsylvania | 335945 | November 8, 2024 |
| Eastern District of Pennsylvania | 335945 | December 2, 2024 |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?     ☐ Yes     ☒ No

If yes, please explain:

| |
|---|
| |

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | Yes | No |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

/s/ *Katherine Kovalsky*
Signature

May 19, 2026
Date

2