Joseph G. Pia (9945) (joe.pia@piahoyt.com)
Ciera Kimmerer (17159) (ckimmerer@piahoyt.com)
PIA HOYT, LLC
170 South Main Street, Suite 1100
Salt Lake City, UT 84101
Telephone: (801) 350-9000
Facsimile: (801) 350-9010

Robert Ward* (robert@ifrahlaw.com)
Abbey Block* (ablock@ifrahlaw.com)
IFRAH LAW
1717 Pennsylvania Ave., N.W., Suite 650
Washington, DC 20006
Telephone: (202) 524-4140
*Admitted Pro Hac Vice

*Attorneys for Defendant Gold Coin Group, LLC*

---

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JERRY KELSCH, individually and on behalf of other similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>GOLD COIN GROUP, LLC,<br><br>   Defendant. | **ORDER ON MOTION FOR PRO HAC VICE ADMISSION**<br>**(Katie Kovalsky)**<br><br>Case No. 2:25-cv-00995-DBB<br><br>Judge David Bruce Barlow |

Before the court is Local Counsel, Joseph G. Pia's Motion for Pro Hac Vice Admission of Katie Kovalsky. Based on the motion and for good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED.

_____
Magistrate Judge Jared C. Bennett