**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| **JERRY KELSCH, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**GOLD COIN GROUP LLC,**<br><br>**Defendant**. | **DECLARATION OF ERICK PULLEN IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>**Case No. 2:25-cv-00995-DBB-JCB**<br><br>**District Judge David Barlow**<br><br>**Magistrate Judge Jared C. Bennett** |

**DECLARATION OF ERICK PULLEN IN SUPPORT OF**
**DEFENDANT'S MOTION TO COMPEL ARBITRATION**

I, Erick Pullen, hereby declare and state the following:

1. I am employed as Head of Customer Experience of Gold Coin Group, LLC ("Gold Coin Group"), Defendant in the above-entitled action. I make this declaration based on personal knowledge, records maintained in the ordinary course of business, and information reported to me in the ordinary course of business by individuals with a business duty to accurately report that information. If called upon to do so, I could and would testify competently thereto

2. In my role as Head of Customer Experience, I am familiar with the operations and business books and records of Gold Coin Group.

3. I understand that on November 2, 2025, Jerry Kelsch initiated this action against Gold Coin Group by filing a Complaint in the District Court for the District of Utah.

4. Gold Coin Group owns and operates the free-to-play online social gaming platforms Chanced.com and Punt.com.

5.     I have reviewed the Complaint filed by Plaintiff in this action. I have also reviewed Gold Coin Group's internal user account records for each platform, which are kept in the course of Gold Coin Group's regularly conducted business of operating the platforms. In operating the Platforms, it is Gold Coin Group's regular practice to record the time and date of each user's account creation at the time the user creates the account.

6.     Gold Coin Group's internal user account records show that Plaintiff created a Chanced.com account on November 28, 2024. Gold Coin Group has no records of Plaintiff creating a Punt.com account.

7.     When Plaintiff created his Chanced.com account, no user could play any games, make any purchase, or redeem any prizes on Chanced.com unless the user completed the following registration process.

8.     To register, new users were required to create a username and password, and provide an email address, mobile number, state of residence, and date of birth. A user could also create an account using an existing Google, Facebook, Twitch, or Apple account.

9.     Before a new user could complete the registration process, both registration methods required the user to check a box confirming that the user agreed to the following statement: "I am at least 18 years of age and have read and accept the Terms of Use & Privacy Policy."

10.    The Terms and Privacy Policy were made immediately available to the user through a hyperlink. If a user failed to check the box confirming that the user accepted the Terms and Privacy Policy, the Chanced.com registration screen would not allow the individual to proceed further in the registration process or access any of the games or features available to Chanced.com users.

2

11.    Attached hereto as **Exhibit A** is an image that truly and accurately depicts the process by which new users registered on Chanced.com as it existed when Plaintiff created his Chanced.com account.

12.    Chanced.com users must also reaffirm that they accept the Terms when they make a purchase.

13.    Attached hereto as **Exhibit B** is an image that truly and accurately depicts the process by which users agreed to the Terms when completing purchases on the Chanced.com platform.

14.    Gold Coin Group's internal user account records show that Plaintiff completed the Chanced.com registration process described above on November 28, 2024. He last made a purchase on February 13, 2025 and last accessed his account on February 25, 2026.

15.    Attached hereto as **Exhibit C** is a true and accurate copy of Gold Coin Group's internal user account record associated with Plaintiff's Chanced.com account.

16.    Plaintiff could not have created an account, accessed the games available on Chanced.com, made a purchase, or accessed his account without accepting the Terms through the process described above. Nor could Plaintiff have made any purchase without reaffirming that he accepted the Terms.

17.    Attached hereto as **Exhibit D** is a true and accurate copy of the Chanced.com Terms in effect when Plaintiff created his account.

18.    Attached hereto as **Exhibit E** is a true and accurate copy of the Chanced.com Terms in effect when Plaintiff made his last purchase on the Chanced.com platform.

19.    Attached hereto as **Exhibit F** is a true and accurate copy of the Chanced.com Terms in effect when Plaintiff last accessed his account.

20.     New Chanced.com users may opt out of the arbitration agreement by sending written notice to Gold Coin Group within 30 days of account creation. Because Plaintiff created his account on November 28, 2024, he had until December 28, 2024 to opt out of the arbitration agreement.

21.     I have reviewed Gold Coin Group's records of customers who have opted out of the arbitration agreement. Gold Coin Group has no record of Plaintiff ever notifying Gold Coin Group that he wished to opt out of the Chanced.com arbitration agreement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/1/2026___, 2026.

By: _____

Signed by:

*Erick Pullen*

0C26DCA2367E4F4...

Erick Pullen

# EXHIBIT A



A-1



A-2

# EXHIBIT B



B-1

# EXHIBIT C

Registration Date

Nov 28, 2024 12:19:11

C-1

# EXHIBIT D

# CHANCED

## <u>Chanced Terms and Conditions</u>

VERSION: 8.0

DATE OF LAST UPDATE: September 10, 2024

These Terms and Conditions form a binding legal agreement between you and us and apply to your use of any of our Games or our Platform in any way, through any electronic device (web, mobile, tablet or any other device).

PLEASE NOTE THAT THESE TERMS AND CONDITIONS INCLUDE A PROVISION WAIVING THE RIGHT TO PURSUE ANY CLASS, GROUP OR REPRESENTATIVE CLAIM AND REQUIRING YOU TO PURSUE PAST, PENDING, AND FUTURE DISPUTES BETWEEN YOU AND US THROUGH INDIVIDUAL ARBITRATION UNLESS YOU OPT OUT WITHIN THE SPECIFIED TIME FRAME.  SEE CLAUSE 24 FOR MORE INFORMATION.

You must read these Terms and Conditions carefully in their entirety before checking the box for acceptance. By checking the box for acceptance during the registration process, or by accessing the Games or creating a Customer Account, you confirm that you have read and agree to be bound by these Terms and Conditions, which include and are inseparably linked to our Privacy Policy, Responsible Social Gameplay Policy, Sweeps Rules, Customer Acceptance Policy and other game-specific or promotion-specific terms relevant to your Participation.

If you do not agree with any provision of these Terms and Conditions or any other linked policy, rules or terms you may not install or use the Platform or play any Game.

THE GAMES AND PLATFORM DO NOT OFFER REAL MONEY GAMBLING, AND NO ACTUAL MONEY IS REQUIRED TO PLAY.

**ONLY PLAYERS IN THE UNITED STATES (EXCLUDING THE STATES OF IDAHO, MICHIGAN, NEVADA, KENTUCKY, WASHINGTON, AND WASHINGTON DC) AND ARE ELIGIBLE TO ENTER THE SWEEPSTAKES. PLEASE REFER TO CLAUSE 1.1 OF THE SWEEPS RULES TO CHECK YOUR ELIGIBILITY.**

YOU CAN REQUEST REDEMPTION OF ANY PRIZES BY SELECTING THE "REDEEM" BUTTON ON THE PLATFORM. WHERE YOU REDEEM PRIZES FOR GIFT CARDS, SUCH PRIZES WILL BE ALLOCATED TO THE EMAIL ADDRESS REGISTERED AGAINST YOUR CUSTOMER ACCOUNT, AND IF THIS IS NOT TECHNICALLY POSSIBLE, THEN TO AN ALTERNATIVE EMAIL ADDRESS YOU HAVE DESIGNATED. WHERE YOU REDEEM PRIZES FOR CASH, SUCH PRIZES WILL BE PAID TO THE PAYMENT MEDIUM FROM WHICH YOU PURCHASED GOLD COINS, AND IF THIS IS NOT TECHNICALLY POSSIBLE, THEN THROUGH AN ELECTRONIC PAYMENT TO THE BANK ACCOUNT YOU HAVE DESIGNATED.

1.    DEFINITIONS

**Collective Arbitration** means any claim as part of a class, group, collective, coordinated, consolidated, mass, or representative proceeding.

**Content** means text, graphics, user interfaces, visual interfaces, photographs, trademarks, logos, sounds, music, artwork, computer code and other material used, displayed or available as part of the Games and Platform. Content includes Gold Coins and Sweeps Coins.

**Customer Account** means an account held by a Registered Customer.

**Excluded Territory** means the states of Washington, Michigan, Idaho, Nevada, and Kentucky in the United States, as well as

D-1

any outlying U.S. territories or possessions, and any other jurisdiction outside of the United States.

**Fraudulent Conduct** means any of the conduct described in clause 11.1.

**Game** means any one or more Game(s) available on the Platform in either Standard Play or Promotional Play. We reserve the right to add and/or remove Games from the Platform (including limiting their availability in certain jurisdictions) at our sole discretion for any reason.

**Gold Coin** means the virtual social gameplay token which enables you to play the Standard Play Games. Gold Coins have no monetary value and cannot under any circumstance be redeemed for prizes.

**Inactive Account** means a Customer Account which has not recorded any log in or log out for a period exceeding 12 consecutive months.

**Merchandise** means any physical goods provided to you by Chanced as a reward or as a competition or tournament prize.

**Participate** means playing any Games or using our Platform in any manner whatsoever, including any of the conduct described in clause 3.

**Payment Administration Agent** means the service provided through any related body corporate, affiliate, or third party we appoint to act as our agent, including but not limited to Gold Coin Group LLC.

**Payment Medium** means any card, online wallet, financial/bank account or other payment medium used to purchase Gold Coins.

**Platform** means the services provided through any URL or mobile application belonging to, or licensed to Gold Coin Group LLC, and branded as part of the "Chanced" family of games, including the website located at https://www.chanced.com and all subdomains, subpages and successor sites thereof, as well as all Games, features, tools and services available thereon.

**Player** or **you** means any person who Participates, whether or not a Registered Customer.

**Prizes** means prizes won when playing Promotional Play Games which are redeemable for valuable prizes in accordance with the Sweeps Rules.

**Promotional Play** means participation in our sweepstakes promotions by playing any games on the Platform with Sweeps Coins.

**Registered Customer** means a Player who has successfully registered a Customer Account, whether that account is considered active or not.

**Standard Play** means participating in any game on the Platform played with Gold Coins. We may give you Gold Coins free of charge when you sign up to a Platform and thereafter at regular intervals when you log into a Platform. You may win more Gold Coins when you play in Standard Play and you may purchase more Gold Coins on the Platform. You cannot win prizes when you Participate in Standard Play.

**Sweeps Coins** means sweepstakes entries subject to the Sweeps Rules.  We may give you Sweeps Coins free of charge when you sign up to a Platform, as a bonus when you purchase Gold Coins or via each of our free alternative methods of entry as set out in the Sweeps Rules. You may win more Sweeps Coins when you Participate in Promotional Play. YOU CANNOT PURCHASE SWEEPS COINS.

**Sweeps Rules** means the Sweeps Rules available on the Platform.

**Terms and Conditions** means these terms and conditions, as amended from time to time.

**Third Party Website** means a third party website not controlled by us.

2.    LICENSING AND THE PROTECTION OF FUNDS

2.1.    The online social game known as "Chanced" is owned and operated by Gold Coin Group LLC. All payments are processed by Gold Coin Group LLC or any Payment Administration Agent it appoints. The sweepstakes promotions and Prizes offered by Chanced are operated by Gold Coin Group LLC.

2.2.    Funds equal to the aggregate value of Prizes which Registered Customers have chosen to leave unredeemed are held by Gold Coin Group LLC in accounts separate from its business account. This means that steps have been taken to protect such funds, but that in the event of insolvency there is no absolute guarantee that any Prizes which you have not yet redeemed will be allocated or paid to you.

3.    YOUR PARTICIPATION

**Restrictions**

3.1.    You declare and warrant that:

(a)    you are over 18 years of age or such higher minimum legal age of majority as stipulated in the jurisdiction of your residence and are, under the laws applicable to you, legally allowed to participate in the Games offered on the Platform;

(b)    WHEN PARTICIPATING IN:

    i.    STANDARD PLAY, YOU DO NOT RESIDE IN OR ACCESS THE PLATFORM FROM THE EXCLUDED TERRITORIES; AND

    ii.    PROMOTIONAL PLAY, YOU DO NOT RESIDE IN OR ACCESS THE PLATFORM FROM THE EXCLUDED TERRITORIES;

(c)    you participate in the Games strictly in your personal capacity for recreational and entertainment purposes only;

(d)    you participate in the Games on your own behalf and not on the behalf of any other person;

(e)    all information that you provide to us during the term of validity of these Terms and Conditions is true, complete and correct, and you will immediately notify us of any change to such information;

(f)    money that you use to purchase Gold Coins is not tainted with any illegality and, in particular, does not originate from any illegal activity or source, or from ill-gotten means;

(g)    you will not purchase Gold Coins from a business or corporate account, but only an account held in your name;

(h)    you will not be involved in any fraudulent, collusive, fixing or other unlawful activity in relation to your or third parties' participation in any of the Games and you will not use any software-assisted methods or techniques (including but not limited to bots designed to play automatically) or hardware devices for your participation in any of the Games. We reserve the right to invalidate any participation in the event of such behaviour;

(i)    in relation to the purchase of Gold Coins, you must only use a valid Payment Medium which lawfully belongs to you; and

(j)    you will not sell or trade for value, or seek to sell or trade for value, or accept as a sale or trade for value,

D-3

any Merchandise provided to you by Chanced.

3.2. GOLD COIN PURCHASES MADE FROM WITHIN THE STATES OF WASHINGTON, MICHIGAN, IDAHO NEVADA, AND KENTUCKY IN THE UNITED STATES OF AMERICA WILL BE VOIDED AND REFUNDED, ADMINISTRATIVE FEE OF UP TO 10% OF THE TOTAL PURCHASES MADE BY THE PLAYER, IN ADDITION TO ANY CHARGES THAT MAY BE LEVIED BY THE BANK OR FINANCIAL INSTITUTION MANAGING THE AFOREMENTIONED REVERSAL.

3.3. It is a Player's responsibility to ensure that their Participation is lawful in their jurisdiction. Any person who is knowingly in breach of clause 3, including any attempt to circumvent this restriction, for example, by using a VPN, proxy or similar service that masks or manipulates the identification of your real location, or by otherwise providing false or misleading information regarding your location or place of residence, or by Participating from an Excluded Territory or through a third party or on behalf of a third party located in an Excluded Territory, is in breach of these Terms and Conditions. You may be committing fraud and may be subject to criminal prosecution.

### Eligible Players

3.4. Employees of Gold Coin Group LLC, any of their respective affiliates, subsidiaries, holding companies, agencies, or any other company or individual involved with the design, production, execution or distribution of the Games and their immediate family (spouse, parents, siblings and children, whether the relationship is by birth, marriage or adoption) and household members (people who share the same residence at least 3 months of the year) are not eligible to Participate.

## 4. LICENCE

4.1. Subject to your agreement and continuing compliance with these Terms and Conditions, Gold Coin Group LLC grants you a personal, non-exclusive, non-transferable, non-sublicensable, revocable, limited license to access and use the Platform and the Content through a supported Web browser or mobile device, solely for your personal, private entertainment and no other reason.

4.2. These Terms and Conditions do not grant you any right, title or interest in the Platform or Content.

4.3. You acknowledge and agree that your license to use the Platform is limited by these Terms and Conditions and if you do not agree to, or act in contravention of, these Terms and Conditions, your license to use the Platform (including the Games and Content) may be immediately terminated.

4.4. Where the Platform or any Game is deemed to be illegal under the laws of the jurisdiction in which you reside or are situated, you will not be granted any license to, and must refrain from accessing, the Platform or relevant Game.

## 5. YOUR CUSTOMER ACCOUNT

### Single Account

5.1. You are allowed to have only one Customer Account, including any Inactive Account, on the Platform. If you attempt to open more than one Customer Account, all accounts you have opened or try to open may be suspended or closed and the consequences described in clause 21.3 may be enforced.

5.2. You must notify us immediately if you notice that you have more than one registered Customer Account, whether active or not, on any one Platform. DO NOT CREATE A NEW CUSTOMER ACCOUNT IF YOU WISH TO CHANGE YOUR EMAIL, ADDRESS OR SURNAME.

### Accuracy

5.3. You are required to keep your registration details up to date at all times. If you change your address, email, phone number or any other contact details or personal information contact Customer Support via help@chanced.com. The name that you provide to us at registration must be identical to that listed on your government issued identification.

### Security and Responsibility of Your Customer Account

5.4. As part of the registration process, you will have to choose a password to login into the Platform, unless you login to your Customer Account using the Facebook® login facility in which case your Facebook® password will apply.

5.5. It is your sole and exclusive responsibility to ensure that your Customer Account login details and any Payment Mediums are kept secure and are only accessible by you. You accept full responsibility for any unauthorised

D-4

use of your Customer Account and any activity linked to your Customer Account, including by a minor (which in all events is prohibited).

5.6.    You must not share your Customer Account or password with another person, let anyone else access or use your Customer Account or do any other thing that may jeopardise the security of your Customer Account.

5.7.    If you become aware of, or reasonably suspect that security in your Customer Account has been compromised, including loss, theft or unauthorised disclosure of your password and Customer Account details, you must notify us immediately.

5.8.    You are solely responsible for maintaining the confidentiality of your password and you will be held responsible for all uses of your Customer Account, including any purchases made under the Customer Account, whether those purchases were authorised by you or not.

5.9.    You are solely responsible for anything that happens through your Customer Account, whether or not you undertook those actions. You acknowledge that your Customer Account may be terminated if someone else uses it and engages in any activity that breaches these Terms and Conditions or is otherwise illegal.

5.10.    We are not responsible for any abuse or misuse of your Customer Account by third parties due to your disclosure of your login details to any third party, whether such disclosure is intentional or accidental, active or passive.

### Account Transfers

5.11.    You may not transfer Gold Coins or Sweeps Coins between Customer Accounts, or from your Customer Account to other players, or to receive Gold Coins or Sweeps Coins from other Customer Accounts into your Customer Account, or to transfer, sell or acquire Customer Accounts. Any attempt to circumvent these prohibitions is ground for immediate closure of your Customer Account, without prejudice to any other rights or remedies available to us.

### Inactive Customer Accounts

5.12.    We reserve the right to close your Customer Account if it is deemed to be an Inactive Account.

### Closing of Customer Accounts

5.13.    If you wish to close your Customer Account you may do so at any time by selecting the "Privacy Policy" link on the Platform and following the instructions in clause 14.1. Closing your Customer Account will forfeit all continued access to and right to use, enjoy or benefit from any Gold Coins, Sweeps Coins and unredeemed Prizes associated with your Customer Account.

5.14.    If the reason behind the closure of your Customer Account is related to concerns about possible responsible social gameplay issues please email: help@chanced.com

5.15.    You may be able to open your Customer Account again by sending a request to the Customer Support team. All requests for the re-opening of an account will be evaluated by our Customer Support and Compliance teams, who abide by strict customer protection guidelines.

### Discretion to Refuse or Close Accounts

5.16.    We reserve the right to place limits on, suspend, close, or refuse to open a Customer Account in our sole discretion.  If we close your Customer Account pursuant to clause 21.1 of these Terms and Conditions, the consequences set out in clause 21 shall apply. If we close your Customer Account for other reasons, we will make reasonable efforts to enable you to redeem any Prizes in your Customer Account, but any licence to continued use, enjoyment or benefit of or from the Gold Coins and Sweeps Coins will be terminated.

6.    GAMES

### Rules

6.1.    Games offered on the Platform may have their own rules which are available on the Platform. It is your responsibility to read the rules of a Game before playing. You must familiarise yourself with the applicable terms of play and read the relevant rules before playing any Game.

### Gold Coin Purchases

6.2.    The Payment Medium you use to purchase Gold Coins must be legally and beneficially owned by you and in

your name. If it comes to our attention that the name you registered on your Customer Account and the name linked to your Payment Medium differ, your Customer Account will be immediately suspended. Should your Customer Account be suspended, we recommend that you contact Customer Support via help@chanced.com regarding our verification process.

6.3. We reserve the right to request documents and information to verify the legal and beneficial ownership of the Payment Medium you use to make Gold Coin purchases.

6.4. You agree that we and our Payment Administration Agents and payments facilitators may store your payment information (e.g., card number or token) to process your future purchases. By accepting these Terms and Conditions, you authorize Gold Coin Group LLC and our Payment Administration Agents and payments store your payment credentials in compliance with applicable payment processing regulations.

6.5. Gold Coin Group LLC begins processing a payment for the purchase of Gold Coins when you click on the "Pay" button.

6.6. **No Refunds.** Purchases of Gold Coins are final and are not refundable, transferable or exchangeable. You agree to notify us about any billing problems or discrepancies within 30 days from the date of your purchase. If you do not bring them to our attention within 30 days, you agree that you waive your right to dispute such problems or discrepancies. You are responsible for and agree to reimburse us for all reversals, charge-backs, claims, fees, fines, penalties and any other liability incurred by us (including costs and related expenses) that were caused by or arising out of payments that you authorized or accepted or that were authorized or accepted using your Customer Account (even if not authorized by you).

### Gold Coin and Sweeps Coins Balance

6.7. You may participate in any Game only if you have sufficient Gold Coins or Sweeps Coins (as applicable) in your Customer Account for such Participation. We will not extend you any credit whatsoever for the purchase of Gold Coins or otherwise.

6.8. From time to time, we may assign minimum or maximum Gold Coin purchases as specified and offered on the Platform.

6.9. Once a Gold Coin purchase has been made, the funds will be drawn from your Payment Medium as soon as practicable.

6.10. The purchase of Gold Coins is the purchase of a licence that allows you to Participate in Standard Play Games and is not the deposit of funds which can be withdrawn. Funds used to purchase Gold Coins will not, and cannot, be refunded to you, except as provided for in clause 6.6. Gold Coins do not have any real money value.

6.11. Gold Coins or Sweeps Coins that have been submitted for play and accepted cannot be changed, withdrawn or cancelled and the Gold Coins or Sweeps Coins (whichever applicable) will be drawn from your Gold Coin or Sweeps Coins balance instantly.

6.12. If you are found to have one or more of your purchases returned or reversed or charged back, your Customer Account will be suspended. If this occurs, the amount of such purchases will constitute a debt owed by you to us and you must immediately remit payment for such purchases through an alternative payment method. Until payment is received by us or our Payment Administration Agent, any purchases and winnings will be deemed void and requests to redeem Sweeps Coins for Prizes will not be allowed.

6.13. In accordance with the Sweeps Rules:

(a) unless we require otherwise in accordance with clause 6.13(b), any Sweeps Coin allocated to you is only required to be played 3x before it is eligible to be redeemed as a Prize (any sweep coins that are acquired through giveaways have a 10x rollover/playthrough requirement. This applies only to SC acquired through bonus codes, hourly bonuses, giveaways, and social media contests; and

(b) we may, in our sole discretion, require that any Sweeps Coins allocated to you be played a greater number of times (not exceeding 20) in any combination of Promotional Play Games before it is able to be redeemed as a Prize.

(c) Here are a list of games that are excluded from the rollover calculation Dice, Roulette, Limbo, Teen Patti, Mines, Keno, and Baccarat. Kindly note that both the Chanced originals as well the live dealer versions of the games are excluded.

### Void Games

6.14. We reserve the right to declare Participation in a Game void, partially or in full, if, in our sole discretion, we deem it obvious that there was an error, mistake, misprint or technical error on the pay-table, win-table, minimum or maximum stakes, odds or software.

### Final Decision

6.15.  In the event of a discrepancy between the result showing on a user's device and the Gold Coin Group LLC server software, the result showing on the Gold Coin Group LLC server software will be the official and governing result.

## 7.    PROMOTIONS

7.1.  All promotions, including Games played in Promotional Play, contests, special offers and bonuses, are subject to these Terms and Conditions, the Sweeps Rules and to additional terms that may be published at the time of the promotion.

7.2.  In the event and to the extent of any conflict between these Terms and Conditions and any promotion-specific terms and conditions, the promotion-specific terms and conditions will prevail.

7.3.  Gold Coin Group LLC reserves the right, at its sole discretion, to withdraw or modify such promotions (including their availability) without prior notice to you.

7.4.  If, in the reasonable opinion of Gold Coin Group LLC, we form the view that a Registered Customer is abusing any promotion, to derive any advantage or gain for themselves or other Registered Customers, including by way of Fraudulent Conduct, we may, at our sole discretion, withhold, deny or cancel any advantage, bonus or Prize as we see fit.

7.5.  Without limiting clause 12.4, you confirm that you grant Gold Coin Group LLC an irrevocable, perpetual, worldwide, non-exclusive, royalty-free licence to use in whatever way we see fit, and without further acknowledgement of you as the author, any Content you post or publish as part of a promotion, contest or competition.

## 8.    REDEMPTION OF PRIZES

### Prize Redemption Methods

8.1.  Subject to these Terms and Conditions:

(a)  When you choose to redeem Prizes for gift cards, the gift cards will be allocated to the email address that you have registered against your Customer Account, or if this is not technically possible, then to an alternative email address you nominate, provided that email address is also your address and not that of a third party; and

(b)  When you choose to redeem Prizes for cash, the cash payment will be made to the Payment Medium from which you purchased Gold Coins, or if this is not technically possible, then to an alternative financial account you nominate, provided that account is legally and beneficially owned by you. We reserve the right to require the use of the same payment method for redemption of Prizes as was used to purchase Gold Coins, or a specific payment method at our own discretion.

### Limits and Fees

8.2.  We reserve the right to charge fees for processing the redemption of Prizes to you and to set a minimum redemption threshold of SC100 for Prize redemptions.

8.3.  In New York and Florida, the maximum redemption value for a Prize won on any one spin or play is USD $5,000 and any Prize with a value in excess of USD $5,000 will be reduced to a maximum value of USD $5,000. In all other states, the maximum redemption value for a prize won on any one spin or play is USD $60,000 and any Prize with a value in excess of USD $60,000 will be reduced to a maximum value of USD $60,000

8.4.  We reserve the right, in our sole discretion, to limit the value of your Prize redemptions to:

a.  USD$5,000 per day; or

b.  any other amount over any time that we consider necessary to satisfy our regulatory obligations or the requirements of our partners and suppliers.

### Your Responsibility for Prize Redemptions and Accuracy of Details

8.5.  When you choose to redeem Prizes for gift cards pursuant to clause 8.1(a), it is your sole responsibility to ensure that the email address and all relevant details you provide are accurate.  If the details you have provided are not accurate, and we have processed the redemption using the details you have provided, the redemption of that Prize is complete and we are not required to reissue the gift cards.

8.6.  If no valid email address is provided to us within 60 days of a request from us to do so, Gold Coin Group LLC is not obliged to allocate the gift cards to you and may in its discretion deem the Prizes to be void.

8.7.  When you choose to redeem Prizes for cash, it is your sole responsibility to ensure that your financial institution

will accept payment from us into your bank account. Gold Coin Group LLC has no obligation to check whether your financial institution will accept payments from us to your nominated bank account.

8.8.    Subject to clause 8.9, we will not make payments into an account or online wallet which does not match your verified name or the name you provided when registering your Customer Account, or that is not legally and beneficially owned by you.

8.9.    Prizes redeemed for cash:

(a)    will be paid into a joint account or joint wallet provided that one of the names on the joint account or joint wallet matches the name you provided when registering your Customer Account or your verified name and all verification checks we require in relation to you and the other account holder are completed to our satisfaction. For the avoidance of doubt, if either joint account holder does not satisfy our verification requirements, as determined solely at our discretion, we will not make payments into the nominated joint account;

(b)    will not be paid into:

(i)    a joint account or joint wallet where one of the joint owners is a minor; or

(ii)    custodial accounts; or

(iii)    any account held on trust for, or for the benefit of, a third party (including a minor).

8.10.    Where you are required to provide the details of your financial institution, bank account or online wallet, you agree that you are solely responsible for the accuracy of those details. You further agree that, where you have chosen to redeem a Prize for cash and the details you have provided are not accurate, and we have processed the payment using the details you have provided, the redemption of that Prize is complete and we cannot and are not required to reverse or reissue the payment.

8.11.    You acknowledge and agree that, if your financial institution will not accept payments from Gold Coin Group LLC or where your bank account or online wallet does not meet the requirements in these Terms and Conditions:

(a)    you will be required to nominate an alternative bank account for the payment;

(b)    there will be delays in the processing of the payment to you; and

(c)    if you are unable to nominate an alternative bank account which meets the requirements set out in these Terms and Conditions within 60 days of a request from us to do so, Gold Coin Group LLC is not obliged to make the relevant payments to you and may in its discretion deem the Prizes to be void.

**Currency**

8.12.    All Gold Coin purchases and direct bank transfer payments are executed in USD. It is a Player's responsibility to ensure that their nominated bank account can accept transactions in USD.

8.13.    All foreign exchange transaction fees, charges or related costs that you may incur as a result of, or in relation to, payments made by the Gold Coin Group LLC to you are to be borne solely by you, including but not limited to any losses or additional costs arising from foreign exchange fluctuations.

**Timing and Frequency for Prize Redemptions**

8.14.    We process requests to redeem Prizes in the order in which they are received. Our goal is to process your request as soon as practicable.

8.15.    We will only process one Prize redemption request per Customer Account in any 24 hour period.

8.16.    Where you choose to redeem Prizes for cash you acknowledge and agree that it may take up to 10 business days to process the relevant payment into your nominated bank account.

8.17.    There may be delays in payments due to our identity verification process and certain Payment Mediums will require additional verification at the time of redemption.

8.18.    Payments of over US$10,000 may require a longer processing time than usual due to bank clearance and security and fraud checks and may also be paid in more than one lump sum. This may add up to 7 days to the normal processing time but is dependent on the circumstances of each individual case.

8.19.    Without limiting clause 8.2, you can request to redeem a Prize of any value; however, we reserve the right to:

a.   reject a Prize redemption request on the basis that it exceeds the limits referred to in clause 8.3 or 8.4; or

b.   allocate or pay Prizes in smaller increments over a number of days until all of the Prize has been allocated or paid.

### Payment Administration Agent

8.20.   You acknowledge and agree that we may in our sole discretion, from time to time, appoint one or more Payment Administration Agents to accept or make payments (including merchant facilities) from or to Players on our behalf.

8.21.   A Payment Administration Agent will have the same rights, powers and privileges that we have under these Terms and Conditions and will be entitled to exercise or enforce their rights, powers and privileges as our agent or in their own name. In no event will we be liable to any Player for any loss, damage or liability resulting from the Payment Administration Agent's negligence or acts beyond the authority given by Gold Coin Group LLC.

### Expiry and Forfeiture

8.22.   Sweeps Coins are only valid for 60 days from the date you last logged on to your Customer Account and will thereafter automatically expire.

8.23.   Sweeps Coins may be forfeited if a Customer Account is closed for any reason, or at our discretion.

### Updating Payment Details

8.24.   Updating or adding additional payment details for the sole purpose of redeeming Prizes may only be done by you when logged into your Customer Account and when you are undergoing the process of redeeming a Prize. We cannot update or add additional payment details on your behalf.

### Refused Prizes

8.25.   If you choose to redeem Prizes for cash but refuse to accept payments made to your nominated bank account by Gold Coin Group LLC, you must refuse the amount in its entirety. Where you refuse to accept payment to your nominated bank account more than twice in any 3 month period, Gold Coin Group LLC reserves the right to suspend your Customer Account to undertake investigations to ensure that the Platform is not being used as a vehicle for fraudulent activity.

### Mistaken Additions

8.26.   If at any time we mistakenly add Gold Coins or Sweeps Coins to your Customer Account that do not belong to you, whether due to a technical error, human error or otherwise, the Gold Coins or Sweeps Coins added by mistake will remain Gold Coin Group LLC property and will be deducted from your Customer Account. If you become aware that you have mistakenly received a prize redemption that does not belong to you prior to us becoming aware of the error, the mistakenly paid amount will (without prejudice to other remedies and actions that may be available at law) constitute a debt owed by you to us. In the event you discover an incorrect addition of Gold Coins or Sweeps Coins, you are obliged to notify Customer Support by using the "Live Support" link on the Platform without delay.

## 9.   VERIFICATION

### Verification Checks

9.1.   You agree that we are entitled to conduct any identification, credit and other verification checks that we may reasonably require or that are required of us under applicable laws and regulations or by relevant regulatory authorities or to otherwise prevent financial crime.

9.2.   Until all required verification checks are completed to our satisfaction:

(a)   any request you have made for redemption of Prizes will remain pending; and

(b)   we are entitled to restrict your Customer Account in any manner that we may reasonably deem appropriate, including by suspending or closing your Customer Account.

9.3.   We will carry out additional verification procedures in accordance with our internal anti-financial crime policies, including without limitation for any cumulative or single redemption of Prizes exceeding a value of USD$2,000 (or any USD amount that is equivalent to or greater than €2,000 from time to time). Verification procedures may, for example, include requests for, and our examination of, copies of your:

(a)    identification documentation (including photo identification) such as a passport;

(b)    proof of your address such as a utility bill; and

(c)    source of wealth or source of funds documentation such as a payslip or bank statement.

9.4.    Where any identification, credit or other verification check we require cannot be completed to our satisfaction because you have not provided any document we request from you in the form that we require within 30 days' of the date the document was first requested, then we are under no obligation to continue with the verification check and we may, in our sole discretion, close or otherwise restrict your Customer Account in any manner that we may reasonably deem appropriate.

9.5.    Players who request the redemption of Prizes held in a suspended or closed Customer Account should contact Customer Support via help@chanced.com. Nothing in this provision should be construed as conveying a right to any such redemption. Your rights in that regard are as set out elsewhere in these Terms and Conditions.

**External Verification Checks**

9.6.    You agree that Gold Coin Group LLC may use third party service providers to run external identification and other verification checks on all Customers on the basis of the information provided by you from time to time.

## 10.    RESPONSIBLE SOCIAL GAMEPLAY

10.1.    Gold Coin Group LLC  actively supports responsible social gameplay and encourages its Players to make use of a variety of responsible social gameplay features.

10.2.    You may, at any time, request to take a break, self-exclude or permanently close your Customer Account. You may also set a limit on your purchases of Gold Coins.

10.3.    Gold Coin Group LLC is committed to providing excellent customer service. As part of that pledge, Gold Coin Group LLC is committed to supporting responsible social gameplay. Although Gold Coin Group LLC will use all reasonable endeavours to enforce its responsible social gameplay policies, Gold Coin Group LLC does not accept any responsibility or  liability  if  you nevertheless continue gameplay and/or seek to use the Platform with the intention of deliberately  avoiding  the  relevant measures  in  place  and/or  Gold Coin Group LLC  is  unable  to  enforce  its measures/policies for reasons outside of Gold Coin Group LLC's reasonable control.

## 11.    FRAUDULENT CONDUCT

11.1.    You will not, directly or indirectly:

(a)    hack into any part of the Games or Platform through password mining, phishing, or any other means;

(b)    attempt to modify, reverse engineer, or reverse-assemble any part of the Games or Platform;

(c)    knowingly introduce viruses, Trojans, worms, logic bombs, spyware, malware, or other similar material;

(d)    circumvent the structure, presentation or navigational function of any Game so as to obtain information that Gold Coin Group LLC has chosen not to make publicly available on the Platform;

(e)    engage in any form of cheating or collusion;

(f)    use the Platform and the systems of Gold Coin Group LLC to facilitate any type of illegal money transfer (including money laundering proceeds of crime); or

(g)    participate in or take advantage of, or encourage others to participate in or take advantage of schemes, organisations, agreements, or groups designed to share:

(i)    special offers or packages emailed to a specific set of players and redeemable by URL; or

(ii)    identification documents (including, but not limited to, photographs, bills and lease documents) for the purpose of misleading Gold Coin Group LLC as to a Player's identity.

11.2.    You must not use the Platform for any unlawful or fraudulent activity or prohibited transaction (including Fraudulent Conduct) under the laws of any jurisdiction that applies to you. We monitor all transactions in order to prevent money laundering.

11.3.    If Gold Coin Group LLC suspects that you may be engaging in, or have engaged in fraudulent, unlawful or improper activity, including money laundering activities or any conduct which violates these Terms and Conditions, your access to the Platform will be suspended immediately and your Customer Account may be closed. If your Customer Account is suspended or closed under such circumstances, Gold Coin Group LLC is under no obligation to reverse any Gold Coin purchases you have made or to redeem any Sweeps Coins or Prizes that may be in your Customer Account. In addition, Gold Coin Group LLC may pass any necessary information on to the authorities, other online service providers, banks, credit card companies, electronic payment providers or other financial institutions. You will cooperate fully with any Gold Coin Group LLC investigation into such activity.

11.4.    If you suspect any unlawful or fraudulent activity or prohibited transaction by another Player, please notify us immediately via the means of communication listed in the Customer Complaints procedure (described in clause 20).

## 12.    INTELLECTUAL PROPERTY

12.1.    The computer software, the computer graphics, the Platform and the user interface that we make available to you is owned by, or licensed to, Gold Coin Group LLC or its associates and protected by intellectual property laws. You may only use the software for your own personal, recreational uses in accordance with all rules, terms and conditions we have established (including these Terms and Conditions and the Sweeps Rules) and in accordance with all applicable laws, rules and regulations.

12.2.    You acknowledge that Gold Coin Group LLC is the proprietor or authorized licensee of all intellectual property in relation to any Content.

12.3.    Your use of the Games and Platform does not provide you with any intellectual property rights in the Content, Games or Platform.

12.4.    You grant us, and represent and warrant that you have the right to grant us, an irrevocable, perpetual, worldwide, non-exclusive, royalty-free licence to use in whatever way we see fit, any information, images, videos, comments, messages, music or profiles you publish or upload to any website or social media page controlled and operated by Gold Coin Group LLC

12.5.    You must not reproduce or modify the Content in any way, including by removing any copyright or trademark notice.

12.6.    All trademarks and logos displayed in the Games and Platform are the property of their respective owners and are protected by applicable trademark and copyright laws.

## 13.    THIRD PARTY WEBSITES, LINKS OR GAMES

**Third Party Websites**

13.1.    You acknowledge and agree that Gold Coin Group LLC:

(a)    is not responsible for Third Party Websites; and

(b)    makes no guarantee as to the content, functionality, or accuracy of any Third Party Website.

13.2.    You further acknowledge that some Third Party Websites may be fraudulent in nature, offering Gold Coins or Sweeps Coins which the operators of those websites are not authorized to provide, in an effort to induce you to reveal personal information (including passwords, account information and credit card details). You agree that Gold Coin Group LLC is not responsible for any actions you take at the request or direction of these, or any other Third Party Websites. **WE DO NOT AUTHORIZE ANY THIRD PARTY TO OFFER GOLD COINS OR SWEEPS COINS.** Any such offer should be deemed fraudulent and disregarded.

13.3.    Third Party Websites are subject to the terms and conditions outlined by that third party.

**Links**

13.4.    Any links to Third Party Websites do not:

(a)    indicate a relationship between Gold Coin Group LLC and the third party; or

(b)    indicate any endorsement or sponsorship by Gold Coin Group LLC of the Third Party Website, or the goods or services it provides, unless specifically indicated by Gold Coin Group LLC.

13.5.    Where a website controlled and operated by Gold Coin Group LLC contains links to various social networking sites, such as Facebook® and Twitter®, you acknowledge and agree that:

D-11

(a)    any comments or content that you post on such social networking sites are subject to the terms and conditions of that particular social networking site;

(b)    you will not post any comments that are false, misleading or deceptive or defamatory to us, our employees, agents, officers or other players; and

(c)    we are not responsible or liable for any comments or content that you or others post on social networking sites.

## 14.    DISRUPTIONS AND CHANGE

**No warranties**

14.1.    The Platform is provided on an "as is" basis and to the fullest extent permitted by law, we make no warranty or representation, whether express or implied, in relation to the satisfactory quality, fitness for purpose, completeness or accuracy of the Platform (including the Games and Content).

**Malfunctions**

14.2.    Gold Coin Group LLC is not liable for any downtime, server disruptions, lagging, or any technical or political disturbance to Game play, nor attempts by you to Participate by methods, means or ways not intended by us.

14.3.    Gold Coin Group LLC accepts no liability for any damages or losses which are deemed or alleged to have arisen out of or in connection with any Platform or its Content including, without limitation, delays or interruptions in operation or transmission, loss or corruption of data, communication or lines failure, any person's misuse of a Platform or its Content or any errors or omissions in Content.

14.4.    In the event of a Platform system malfunction all Game play on that Platform is void.

14.5.    In the event a Game is started but fails to conclude because of a failure of the system, Gold Coin Group LLC will use commercially reasonable efforts to reinstate the amount of Gold Coins or Sweeps Coins played (whichever applicable) in the Game to you by adding them to your Customer Account. Gold Coin Group LLC reserves the right to alter Player balances and account details to correct such mistakes.

14.6.    Gold Coin Group LLC reserves the right to remove any part of the Games from the Platform at any time. Any part of the Games that indicate incorrect behaviour affecting Prize redemption, game data, Gold Coin balances, Sweeps Coins balances or other balances, that may be due to misconfiguration or a bug, will be cancelled and removed from the Platform. Player balances and account details may be altered by Gold Coin Group LLC in such cases in order to correct any mistake.

**Changes to the Platform**

14.7.    Gold Coin Group LLC reserves the right to suspend, modify, remove or add Content (including its availability) to the Platform at its sole discretion with immediate effect and without notice to you. We will not be liable to you for any loss suffered as a result of any changes made or for any modification to, or suspension, unavailability, or discontinuance of, the Platform (including any Game, promotion, challenge or Content thereon) and you will have no claims against Gold Coin Group LLC in such regard.

**Service Suspension**

14.8.    We may temporarily suspend the whole or any part of the Platform for any reason at our sole discretion. We may, but will not be obliged to, give you as much notice as is reasonably practicable of such suspension. We will restore the Platform, as soon as is reasonably practicable, after such temporary suspension.

## 15.    TERRITORIAL AVAILABILITY

15.1.    The Platform, or any feature thereof (including any and all Games, promotions, challenges and Content), may not be available in all territories and jurisdictions and Gold Coin Group LLC makes no representation that the Platform is or

shall remain available for use in any particular territories and jurisdictions. You acknowledge and agree that Gold Coin Group LLC may (at its sole discretion) change, restrict or prohibit the availability of all or a portion of the Platform in certain territories and jurisdictions at any time, and you will have no claims against Gold Coin Group LLC in such regard.

16.    VIRUSES

16.1.    Although we take all reasonable measures to ensure that the Platform is free from viruses we cannot and do not guarantee that the Platform is free of such problems. It is your responsibility to protect your systems and have in place the ability to reinstall any data or programs lost due to a virus.

17.    PRIVACY POLICY

17.1.    Gold Coin Group LLC is committed to protecting and respecting your privacy and complying with all applicable data protection and privacy laws.

17.2.    Our Privacy Policy is inseparably linked to these Terms and Conditions and its acceptance is a prerequisite to account registration.

18.    MARKETING COMMUNICATIONS

18.1.    You consent to receive marketing communications from Gold Coin Group LLC in respect of its offerings by way of email, post, SMS and telephone notifications, any of which you may unsubscribe from at any time by contacting Customer Support via help@chanced.com

19.    USE OF LIVE CHAT SERVICES

19.1.    We may provide you with a Live Chat service to talk to our Customer Support representatives, or to talk to other Players.  This may include use of our Facebook® wall. It is your responsibility to use these services only for their intended purposes.  You are not permitted to use our Live Chat services for illegal purposes.

19.2.    Be careful what you post on any Live Chat service. We review and moderate chats and keep a log and record of statements. Your use of the Live Chat service should be for recreational and social purposes only.

19.3.    Spamming on Live Chat is prohibited. You are prohibited from intimidating, harassing or abusing other Players or Gold Coin Group LLC employees and representatives.

19.4.    You will not use any Live Chat service to engage in any form of harassment or offensive behaviour, including but not limited to, threatening, derogatory, abusive or defamatory statements, or racist, sexually explicit, pornographic, obscene, or offensive language.

19.5.    You will not use any Live Chat service to infringe the privacy rights, property rights, or any other rights of any person.

19.6.    You will not submit any kind of material or information on any Live Chat service that is fraudulent or otherwise unlawful or violates any law.

19.7.    You will not use any Live Chat service to distribute, promote or otherwise publish any material containing any solicitation for funds, advertising or solicitation for goods or services of other forums.

19.8.    You will not use any Live Chat service to distribute, promote or otherwise publish any kind of malicious code or do anything else that might cause harm to the Platform or to other Player's systems in any way.

19.9.    We reserve the right to monitor anything and everything submitted by you to any Live Chat service to ensure that it conforms to content guidelines that are monitored by us and subject to change from time to time.

19.10.    If you breach any of the provisions relating to a Live Chat service, we may ban you from using that Live Chat service or all Live Chat services and/or suspend or close your Customer Account. If we close your Customer Account, we reserve the right to cancel or refuse to redeem any Prizes.

19.11.    We reserve the right to remove any Live Chat service from the Platform if abused.

19.12.    We will not be liable if damage arises out of the Live Chat service.

19.13.    You agree to indemnify us against any damage arising out of your illegal, unlawful or inappropriate conduct or arising out of violation of the provisions in clause 19 or any other rules on the Platform applying to the Live Chat service.

19.14.    You will not collude in any way through the Live Chat service. Players are encouraged to report any suspicious

D-13

behaviour to Customer Support via live support.

19.15.   We reserve the right to report any suspicious behaviour or chats on the Live Chat service to Law enforcement.

## 20.   COMPLAINTS AND CUSTOMER SUPPORT

20.1.   If you would like to contact our Customer Support department or have a complaint regarding our Platform (including any Game) you may contact us via email at help@chanced.com

20.2.   EMAIL COMMUNICATIONS BETWEEN YOU AND Gold Coin Group LLC SHOULD BE CARRIED OUT USING THE EMAIL ADDRESS THAT YOU HAVE REGISTERED AGAINST YOUR CUSTOMER ACCOUNT HELD WITH Gold Coin Group LLC. FAILURE TO DO SO MAY RESULT IN OUR RESPONSE BEING DELAYED.

20.3.   The following information must be included in any written communication with Gold Coin Group LLC  (including a complaint):

(a)   your username;

(b)   your first and last name, as registered on your Customer Account;

(c)   a detailed explanation of the complaint/claim; and

(d)   any specific dates and times associated with the complaint/claim (if applicable).

20.4.   Failure to submit a written communication with the information outlined above may result in a delay in our ability to identify and respond to your complaint/claim in a timely manner. The Chanced Player Support Team (**"PST"**) will inquire into complaints immediately. The PST will endeavour to respond to complaints within 10 calendar days of lodgement.

20.5.   In some circumstances, the PST will require up to 20 calendar days to respond to a complaint. In this case, the Player will be informed of the delay within 10 calendar days of lodging the complaint.

## 21.   CLOSURE/SUSPENSION OF ACCOUNT

21.1.   Without limiting clause 5.16, we reserve the right, at our sole discretion, to suspend or close your Customer Account (notwithstanding any other provision contained in these Terms and Conditions) where we have reason to believe that you have engaged or are likely to engage in any of the following activities:

(a)   you breached, or assisted another party to breach, any provision of these Terms and Conditions or the Sweeps Rules, or we have a reasonable ground to suspect such breach;

(b)   you have more than one Customer Account, including any Inactive Account, on any Platform;

(c)   the name registered on your Customer Account does not match the name on (i) your Payment Medium used to make purchases of Gold Coins or (ii) the account into which you elect to redeem Prizes or you do not legally and beneficially own such Payment Medium or redemption account;

(d)   your communication with us consists of harassment or offensive behaviour, including (but not limited to) threatening, derogatory, abusive or defamatory statements, or racist, sexually explicit, pornographic, obscene or offensive language;

(e)   your Customer Account is deemed to be an Inactive Account;

(f)   you become bankrupt;

(g)   you provide incorrect or misleading information;

D-14

(h)     your identity or source of wealth or source of funds (if requested) cannot be verified;

(i)     you attempt to use your Customer Account through a VPN, proxy or similar service that masks or manipulates the identification of your real location, or by otherwise providing false or misleading information regarding your citizenship, location or place of residence, or by playing Games using the Platform through a third party or on behalf of a third party;

(j)     you are not over 18 years of age or such higher minimum legal age of majority as stipulated in the jurisdiction of your residence;

(k)     you are located in a jurisdiction:

   i.    where Participation is illegal; or

   ii.   where you are ineligible to Participate in Promotional Play in accordance with the Sweeps Rules.

(l)     you have allowed or permitted (whether intentionally or unintentionally) someone else to Participate using your Customer Account;

(m)    you have played in tandem with other Player(s) as part of a club, group, etc., or played the Games in a coordinated manner with other Player(s) involving the same (or materially the same) selections;

(n)    without limiting clause 6.12, where Gold Coin Group LLC has received a "charge back", claim or dispute and/or a "return" notification via your Payment Medium;

(o)    you have failed our due diligence procedures, or are found to be colluding, cheating, money laundering or undertaking any kind of fraudulent activity;

(p)    it is determined by Gold Coin Group LLC that you have employed or made use of a system (including machines, computers, software or other automated systems such as bots) which give you an unfair advantage; or

(q)    you do not meet the criteria set out in our Customer Acceptance Policy.

(r)    Your location services must be enabled and operational at all times while using this application. Denial of location services constitutes a breach of our Terms of Use.

(s)    Utilizing High Risk email providers such as but not limited to "protonmail", etc are a violation of our Terms of Use.

21.2.   If Gold Coin Group LLC suspends or closes your Customer Account for any of the reasons referred to in above, you will be liable for any and all claims, losses, liabilities, damages, costs and expenses incurred or suffered by Gold Coin Group (together "**Claims**") arising therefrom and you will indemnify and hold Gold Coin Group LLC harmless on demand for such Claims.

21.3.   If we have reasonable grounds to believe that you have participated in any of the activities set out in clause 21.1 above then we reserve the right to withhold all or part of the balance or recover from your Customer Account any Prizes, Gold Coins or Sweeps Coins that are attributable to any of the activities contemplated in clause 21.1. In such circumstances, your details may be passed on to any applicable regulatory authority, regulatory body or any other relevant external third parties.

21.4.   If your Customer Account is suspended or closed and this leads to the withholding of Prizes, Sweeps Coins or Gold Coins, it will not be possible for you to unlock your Customer Account during any suspension period.

21.5.   The rights set out in clause 21 are without prejudice to any other rights that we may have against you under these Terms and Conditions or otherwise.

## 22.    INDEMNITY AND LIMITATION OF LIABILITY

**Indemnity**

22.1.   YOU AGREE TO INDEMNIFY AND HOLD HARMLESS US AND OUR AFFILIATES, AND OUR RESPECTIVE PARTNERS, DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS, SUBCONTRACTORS, LICENSORS, SUPPLIERS AND AGENTS AGAINST ANY AND ALL COSTS, EXPENSES, LIABILITIES AND DAMAGES (WHETHER DIRECT, INDIRECT, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE OR OTHER) ARISING FROM ANY PARTICIPATION BY YOU, INCLUDING WITHOUT LIMITATION:

(a)    ACCESSING OR USING THE PLATFORM;

(b)    RE-USE OF ANY CONTENT AT, OR OBTAINED FROM, THE PLATFORM OR ANY OTHER SOURCE WHATSOEVER;

(c)    FACILITATING OR MAKING A PAYMENT INTO YOUR CUSTOMER ACCOUNT;

(d)   PLAYING THE GAMES THROUGH ANY DELIVERY MECHANISM OFFERED; AND

(e)   ACCEPTANCE AND USE OF ANY PRIZE.

**Limitation of Liability**

22.2.   TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, UNDER NO CIRCUMSTANCES WHATEVER WILL WE OR OUR AFFILIATES, OR OUR RESPECTIVE PARTNERS, OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AGENTS, LICENSORS, SUBCONTRACTORS AND SUPPLIERS, BE RESPONSIBLE OR LIABLE TO YOU OR TO ANY OTHER ENTITY, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, UNDER ANY LEGAL THEORY, WHETHER CONTRACT, TORT OR OTHERWISE, FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, EXEMPLARY, OR PUNITIVE DAMAGES, INCLUDING ANY LOST PROFITS AND LOST BUSINESS OPPORTUNITIES, BUSINESS INTERRUPTION, LOST REVENUE, INCOME, GOODWILL, USE OF DATA OR OTHER INTANGIBLE LOSSES, IN EACH CASE THAT RESULT FROM OR RELATE IN ANY MANNER TO YOUR PARTICIPATION OR ANY OTHER ACT OR OMISSION BY US.

22.3.   TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, UNDER NO CIRCUMSTANCES WILL WE, OUR AFFILIATES, AND OUR RESPECTIVE PARTNERS, OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AGENTS, LICENSORS, SUBCONTRACTORS OR SUPPLIERS, BE LIABLE TO YOU FOR MORE THAN THE AMOUNT YOU HAVE PAID US IN THE THIRTY (30) DAYS IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT ANY SUCH CLAIM. YOU ACKNOWLEDGE AND AGREE THAT IF YOU HAVE NOT PAID US ANY AMOUNTS IN THE THIRTY (30) DAYS IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT ANY SUCH CLAIM, YOUR SOLE AND EXCLUSIVE REMEDY FOR ANY DISPUTE WITH US IS TO STOP USING THE PLATFORM AND TO CLOSE YOUR CUSTOMER ACCOUNT.

22.4.   YOU RECOGNIZE AND AGREE THAT THE WARRANTY DISCLAIMERS IN CLAUSES 14 AND 16, AND THE INDEMNITIES AND LIMITATIONS OF LIABILITY IN CLAUSE 22, ARE MATERIAL AND BARGAINED-FOR BASES OF THESE TERMS AND THAT THEY HAVE BEEN TAKEN INTO ACCOUNT AND REFLECTED IN THE DECISION BY YOU TO ENTER INTO THESE TERMS AND CONDITIONS.  Depending on where you reside and use the Platform, some of the limitations contained in clause 22 may not be permissible. In such case, they will not apply to you, solely to the extent so prohibited.

**Negligence and Wilful Misconduct**

22.5.   NOTHING IN THESE TERMS AND CONDITIONS WILL OPERATE SO AS TO EXCLUDE ANY LIABILITY OF Gold Coin Group LLC FOR DEATH OR PERSONAL PHYSICAL INJURY THAT IS DIRECTLY AND PROXIMATELY CAUSED BY Gold Coin Group LLC'S GROSS NEGLIGENCE OR WILFUL MISCONDUCT.

**Survival of Obligations**

22.6.   CLAUSE 22 SURVIVES THE TERMINATION OF THESE TERMS AND CONDITIONS FOR ANY REASON.

## 23.   GOLD COIN GROUP LLC NOT A FINANCIAL INSTITUTION

**Interest**

23.1.   You will not receive any interest on outstanding Prizes, and you will not treat GOLD COIN GROUP LLC as a financial institution.

**No legal or tax advice**

23.2.   Gold Coin Group LLC does not provide advice regarding tax and/or legal matters. Players who wish to obtain advice regarding tax and legal matters are advised to contact appropriate advisors.

## 24.   DISPUTE RESOLUTION AND AGREEMENT TO ARBITRATE ON AN INDIVIDUAL BASIS

**PLEASE READ THIS CLAUSE 24 CAREFULLY BECAUSE IT MAY REQUIRE YOU AND GOLD COIN GROUP LLC TO ARBITRATE CERTAIN DISPUTES AND CLAIMS ON AN INDIVIDUAL BASIS AND LIMITS THE MANNER IN WHICH YOU AND Gold Coin Group LLC CAN SEEK RELIEF FROM EACH OTHER.** If you reside in or access the Games at any time while located in the United States, this clause 24 (Dispute Resolution and Agreement to Arbitrate on an Individual Basis) shall be construed under and be subject to the Federal Arbitration Act, notwithstanding any other choice of law set out in these Terms and Conditions.

By agreeing to these Terms and Conditions, and to the extent permitted by applicable law, you and Gold Coin Group LLC agree that any and all past, present and future disputes, claims or causes of action between you and

Gold Coin Group LLC arising out of or relating to these Terms and Conditions, the Platform and Games, the formation of these Terms and Conditions or any other dispute between you and Gold Coin Group LLC or any of Gold Coin Group LLC's licensors, distributors, suppliers or agents, and whether arising prior to or after your agreement to this clause 24, (collectively, "**Dispute(s)**") will be governed by the procedure outlined below.  You and Gold Coin Group LLC further agree that any arbitration pursuant to this clause 24 shall not proceed as a class, group or representative action.

24.1.   **Informal Dispute Resolution.** Gold Coin Group LLC wants to address your concerns without the need for a formal legal dispute.  Before filing a claim against Gold Coin Group LLC, you agree to try to resolve the Dispute informally by contacting Customer Support via email at help@chanced.com. Similarly, if you have provided an email address to us as part of your Customer Account registration, Gold Coin Group LLC agrees to do the same.  If a dispute is not resolved within 30 days after the email noting the Dispute is sent, you or Gold Coin Group LLC may initiate an arbitration proceeding as described below.

24.2.   **We Both Agree To Arbitrate.**  By agreeing to these Terms and Conditions, and to the extent permitted by applicable law, you and Gold Coin Group LLC each and both agree to resolve any Disputes – including any concerning the enforceability, validity, scope or severability of this agreement to arbitrate – through final and binding arbitration as discussed herein.

24.3.   **Opt-out of Agreement to Arbitrate.**  You may decline this agreement to arbitrate by contacting arbitrationoptout@chanced.com within 30 days of first accepting these Terms and Conditions and stating that you (include your first and last name, email address and postal address) decline this arbitration agreement.  By opting out of the agreement to arbitrate, you will not be precluded from playing the Games, but you and Gold Coin Group LLC will not be permitted to invoke the mutual agreement to arbitrate to resolve Disputes under the Terms and Conditions otherwise provided herein.

24.4.   **Arbitration Procedures and Fees.**  You and Gold Coin Group LLC agree that JAMS ("**JAMS**") will administer the arbitration under its Streamlined Rules in effect at the time arbitration is sought ("**JAMS Rules**"). Those rules are available at [www.jamsadr.com](www.jamsadr.com).  Arbitration will proceed on an individual basis and will be handled by a sole arbitrator in accordance with those rules; provided that the parties shall be presented with a list of five potential arbitrators and shall rank those potential arbitrators in order of preference.  JAMS shall select the arbitrator with the highest combined preference (e.g., if both parties select a potential arbitrator as their top preference, that arbitrator will be selected).  You and Gold Coin Group LLC further agree that, unless and only to the extent prohibited under JAMS Rules, the arbitration will be held in New York, New York, or, at either your or our election, will be conducted telephonically or via other remote electronic means.  The JAMS Rules will govern payment of all arbitration fees.  The arbitrator shall be authorized to award any remedies, including injunctive relief, that would be available to you in an individual lawsuit and that are not waivable under applicable law.

24.5.   **Proceedings Requiring Three Arbitrators.**  Notwithstanding any language to the contrary in clause 24.4, if a party either seeks a monetary award in excess of five hundred thousand dollars ($500,000) or seeks an equitable form of relief that would significantly impact other Gold Coin Group LLC users, in each case as reasonably determined by either party, the parties agree that such arbitration will proceed on an individual basis but will be handled by a panel of three (3) arbitrators and take place pursuant to the JAMS Comprehensive Arbitration Rules and Procedures ("**JAMS Comprehensive Rules**").  Each party shall select one neutral arbitrator, with the third neutral arbitrator selected in accordance with the JAMS Comprehensive Rules.  That third arbitrator shall serve as chair of the arbitral panel and must be a retired judge with experience arbitrating or mediating disputes.  In the event of disagreement as to whether the threshold for a three-arbitrator panel has been met, the sole arbitrator appointed in accordance with this clause 24.5 shall make that determination.  If the arbitrator determines a three-person panel is appropriate, the arbitrator may – if selected by either party or through the JAMS selection process – participate in the arbitral panel.  You and Gold Coin Group LLC agree that any award issued by a three-arbitrator panel may be appealed in accordance with the JAMS Optional Arbitration Appeal Procedures at either party's election.

24.6.   **Batch Arbitration.**  To increase efficiency of resolution, in the event 25 or more similar arbitration demands against Gold Coin Group LLC, presented by or with the assistance of the same law firm or organization or group of law firms or organizations working in coordination, are submitted to JAMS in accordance with the rules described above within a 30-day period, JAMS shall consolidate those arbitrations as contemplated in the JAMS Rules by (a) grouping the arbitration demands into batches of no more than 25 demands per batch (plus, to the extent there are fewer than 25 arbitration demands left over after the batching described above, a final batch consisting of the remaining demands); and (b) providing for resolution of each batch as a single arbitration with one set of filing and administrative fees and one arbitrator assigned per batch.  For avoidance of doubt, consolidation does not require that all arbitrations in a single batch be decided the same, nor does it impair your right to present any evidence or argument that you think particular to your case, so long as consistent with JAMS Rules.  You agree to cooperate in good faith with Gold Coin Group LLC and JAMS to implement such a batch approach to resolution and fees.

24.7. **Class Action and Collective Arbitration Waiver.** TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER YOU NOR GOLD COIN GROUP LLC SHALL BE ENTITLED: TO CONSOLIDATE, JOIN OR COORDINATE DISPUTES BY OR AGAINST OTHER INDIVIDUALS OR ENTITIES; TO PARTICIPATE IN ANY GROUP, CLASS, COLLECTIVE OR MASS ARBITRATION OR LITIGATION; TO ARBITRATE OR LITIGATE ANY DISPUTE IN A REPRESENTATIVE CAPACITY, INCLUDING AS A REPRESENTATIVE MEMBER OF A CLASS; TO ARBITRATE OR LITIGATE ANY DISPUTE IN A PRIVATE ATTORNEY GENERAL CAPACITY; OR OTHERWISE TO SEEK TO RECOVER LOSSES OR DAMAGES (WHETHER FOR YOURSELF OR OTHERS) INCURRED BY A THIRD PARTY. IN CONNECTION WITH ANY DISPUTE (AS DEFINED ABOVE), ANY AND ALL SUCH RIGHTS ARE HEREBY EXPRESSLY AND UNCONDITIONALLY WAIVED. NOTWITHSTANDING ANYTHING TO THE CONTRARY SET FORTH IN THESE TERMS AND CONDITIONS, IN THE EVENT ALL OR ANY PORTION OF CLAUSES 24.5, 24.6 OR 24.7 OF THIS CLAUSE 24 (DISPUTE RESOLUTION AND AGREEMENT TO ARBITRATE ON AN INDIVIDUAL BASIS) ARE FOUND TO BE INVALID OR LESS THAN FULLY ENFORCEABLE IN A PARTICULAR DISPUTE, THEN THE ENTIRETY OF THIS CLAUSE 24 (DISPUTE RESOLUTION AND AGREEMENT TO ARBITRATE ON AN INDIVIDUAL BASIS) MAY BE DEEMED VOID AND AS HAVING NO EFFECT FOR PURPOSES OF THAT DISPUTE, UPON EITHER PARTY'S ELECTION.

24.8. **Exceptions to Agreement to Arbitrate for Temporary Relief.** Notwithstanding the other provisions of this clause 24 (Dispute Resolution and Agreement to Arbitrate on an Individual Basis), either you or we may bring an action in a court as authorized by clause 25.17 for temporary injunctive relief until an arbitrator has been empaneled and can determine whether to continue, terminate or modify such relief.

## 25. OTHER

### Entire Agreement

25.1. These Terms and Conditions constitute the entire agreement between you and us with respect to your Participation and, save in the case of fraud, supersede all prior or contemporaneous communications and proposals, whether electronic, oral or written, between you and us with respect to your Participation.

### Amendments

25.2. Gold Coin Group LLC reserves the right to amend these Terms and Conditions, or to implement or amend any procedures, at any time. Any amendments will be published on the Platform and such changes will be binding and effective immediately.

25.3. Whenever we amend these Terms and Conditions in a way that would limit your current rights or which may be to your detriment, we will notify you upon your next visit to the Platform and you will be required to re-confirm your acceptance prior to playing any Games. If you do not agree to the amended Terms and Conditions, you must stop using the Platform.

### Tax

25.4. You are solely responsible for any taxes which apply to any Prizes that you collect from your Participation.

### Force Majeure

25.5. Gold Coin Group LLC will not be liable or responsible for any failure to perform, or delay in performance of, any of our obligations under these Terms and Conditions that is caused by events outside of our reasonable control.

### No agency

25.6. Nothing in these Terms and Conditions will be construed as creating any agency, partnership, trust arrangement, fiduciary relationship or any other form of joint enterprise between you and us.

### Severability

25.7. If any of the Terms and Conditions are determined by any competent authority to be invalid, unlawful or unenforceable to any extent, such term, condition or provision will, to that extent, be severed from these Terms and Conditions. All remaining terms, conditions and provisions will continue to be valid to the fullest extent permitted by law. In such cases, the part deemed invalid or unenforceable will be amended in a manner consistent with the applicable law to reflect, as closely as possible, the original import of the invalid or unenforceable provision.

### Explanation of Terms and Conditions

25.8. We consider these Terms and Conditions to be open and fair. If you need any explanation regarding these Terms and Conditions or any other part of our Platform contact Customer Support via email at help@chanced.com

D-18

25.9.    The Terms and Conditions prevail over any communication via email or live support.

25.10.    All correspondence between you and us may be recorded.

**Assignment**

25.11.    These Terms and Conditions are personal to you, and are not assignable, transferable or sub-licensable by you except with our prior written consent. We reserve the right to assign, transfer or delegate any of our rights and obligations hereunder to any third party without notice to you.

**Business Transfers**

25.12.    In the event of a change of control, merger, acquisition, or sale of assets of the Gold Coin Group LLC, your Customer Account and associated data may be part of the assets transferred to the purchaser or acquiring party. In such an event, we will provide you with notice via email or via our Platform explaining your options with regard to the transfer of your Customer Account.

**Language**

25.13.    These Terms and Conditions may be published in several languages for information purposes and ease of access by players but will all reflect the same principles. It is only the English version that is the legal basis of the relationship between you and us and in case of any discrepancy between a non-English version and the English version of these Terms and Conditions, the English version will prevail.

**Applicable Law and Jurisdiction**

25.14.    These Terms and Conditions, your use of the Platform and our entire relationship will be governed, and interpreted in accordance with the laws of the State of Wyoming in the United States, without regard for its choice of conflict of law principles. The application of the United Nations Convention on Contracts for the International Sale of Goods is specifically excluded.

25.15.    Subject to clause 7.2 and absent an express statement to the contrary, in the event of any conflict or inconsistency between any provision of these Terms and Conditions and a provision of the Responsible Social Gameplay Policy, Sweeps Rules or Customer Acceptance Policy, these Terms and Conditions shall control solely to the extent necessary to resolve the conflict or inconsistency.

25.16.    Subject to clause 24, the parties agree that any dispute, controversy or claim arising out of or in connection with these Terms and Conditions, or the breach, termination or invalidity of these Terms and Conditions, will be submitted exclusively to the courts in Wyoming, and you and we consent to the venue and personal jurisdiction of those courts. Notwithstanding the foregoing, the parties agree that either party may move to compel arbitration or to enforce an arbitral award issued hereunder before any court of competent jurisdiction.

# EXHIBIT F

**Chanced Terms and Conditions**

VERSION: 15.0

DATE OF LAST UPDATE: January 01, 2026

These Terms and Conditions form a binding legal agreement between you and us and apply to your use of any of our Games or our Platform in any way, through any electronic device (web, mobile, tablet or any other device).

PLEASE NOTE THAT THESE TERMS AND CONDITIONS INCLUDE A PROVISION WAIVING THE RIGHT TO PURSUE ANY CLASS, GROUP OR REPRESENTATIVE CLAIM AND REQUIRING YOU TO PURSUE PAST, PENDING, AND FUTURE DISPUTES BETWEEN YOU AND US THROUGH INDIVIDUAL ARBITRATION UNLESS YOU OPT OUT WITHIN THE SPECIFIED TIME FRAME. SEE CLAUSE 24 FOR MORE INFORMATION.

You must read these Terms and Conditions carefully in their entirety before checking the box for acceptance. By checking the box for acceptance during the registration process, or by accessing the Games or creating a Customer Account, you confirm that you have read and agree to be bound by these Terms and Conditions, which include and are inseparably linked to our Privacy Policy, Responsible Social Gameplay Policy, Sweeps Rules, Customer Acceptance Policy and other game-specific or promotion-specific terms relevant to your Participation.

If you do not agree with any provision of these Terms and Conditions or any other linked policy, rules or terms you may not install or use the Platform or play any Game.

THE GAMES AND PLATFORM DO NOT OFFER REAL MONEY GAMBLING, AND NO ACTUAL MONEY IS REQUIRED TO PLAY.

**ONLY PLAYERS IN THE UNITED STATES (EXCLUDING THE STATES OF NEVADA, NEW YORK, CONNECTICUT, IDAHO, MICHIGAN, MONTANA, NEW JERSEY, LOUISIANA, WEST VIRGINIA, TENNESSEE, CALIFORNIA AND WASHINGTON) ARE ELIGIBLE TO ENTER THE SWEEPSTAKES. PLEASE REFER TO CLAUSE 1.1 OF THE SWEEPS RULES TO CHECK YOUR ELIGIBILITY.**

YOU CAN REQUEST REDEMPTION OF ANY PRIZES BY SELECTING THE "REDEEM" BUTTON ON THE PLATFORM. WHERE YOU REDEEM PRIZES FOR GIFT CARDS, SUCH PRIZES WILL BE ALLOCATED TO THE EMAIL ADDRESS REGISTERED AGAINST YOUR CUSTOMER ACCOUNT, AND IF THIS IS NOT TECHNICALLY POSSIBLE, THEN TO AN ALTERNATIVE EMAIL ADDRESS YOU HAVE DESIGNATED. WHERE YOU REDEEM PRIZES FOR CASH, SUCH PRIZES

F-1

WILL BE PAID TO THE PAYMENT MEDIUM FROM WHICH YOU PURCHASED GOLD COINS, AND IF THIS IS NOT TECHNICALLY POSSIBLE, THEN THROUGH AN ELECTRONIC PAYMENT TO THE BANK ACCOUNT YOU HAVE DESIGNATED.

1. DEFINITIONS

**Collective Arbitration** means any claim as part of a class, group, collective, coordinated, consolidated, mass, or representative proceeding.

**Content** means text, graphics, user interfaces, visual interfaces, photographs, trademarks, logos, sounds, music, artwork, computer code and other material used, displayed or available as part of the Games and Platform. Content includes Gold Coins and Sweeps Coins.

**Customer Account** means an account held by a Registered Customer.

**Excluded Territory** means the states of Washington, Michigan, Montana, Connecticut, Nevada, New Jersey, New York, Louisiana, West Virginia, Idaho, California and Tennessee in the United States, as well as any outlying U.S. territories or possessions, and any other jurisdiction outside of the United States.

**Fraudulent Conduct** means any of the conduct described in clause 11.1 or 11.2.

**Game** means any one or more Game(s) available on the Platform in either Standard Play or Promotional Play. We reserve the right to add and/or remove Games from the Platform (including limiting their availability in certain jurisdictions) at our sole discretion for any reason.

**Gold Coin** means the virtual social gameplay token which enables you to play the Standard Play Games. Gold Coins have no monetary value and cannot under any circumstance be redeemed for prizes.

**Inactive Account** means a Customer Account for which we have not recorded any log in or log out for a period exceeding 12 consecutive months.

**Live Chat** means a facility provided by us and used by you to communicate in real time.

**Merchandise** means any physical goods provided to you by Chanced as a reward or as a competition or tournament prize.

**Participate** means playing any Games or using our Platform in any manner whatsoever, including any of the conduct described in clause 3.

**Payment Administration Agent** means the service provided through any related body corporate, affiliate, or third party we appoint to act as our agent, including but not limited to Gold Coin Group LLC.

**Payment Medium** means any card, online wallet, financial/bank account or other payment medium used to purchase Gold Coins.

**Platform** means the services provided through any URL or mobile application belonging to, or licensed to, Gold Coin Group LLC and branded as part of the "Chanced" family of games, including the website located at https://www.chanced.com and all subdomains, subpages and successor sites thereof, as well as all Games, features, tools and services available thereon.

**Player** or **you** means any person who Participates, whether or not a Registered Customer.

**Player Support Team** performs the player support function referred to in section 39(1) of the Player Protection Derivative.

**Prizes** means prizes won when playing Promotional Play Games which are redeemable for valuable prizes in accordance with the Sweeps Rules.

**Promotional Play** means participation in our sweepstakes promotions by playing any games on the Platform with Sweeps Coins.

**Registered Customer** means a Player who has successfully registered a Customer Account, whether that account is considered active or not.

**Standard Play** means participating in any game on the Platform played with Gold Coins. We may give you Gold Coins free of charge when you sign up to a Platform and thereafter at regular intervals when you log into a Platform. You may win more Gold Coins when you play in Standard Play and you may purchase more Gold Coins on the Platform. You cannot win prizes when you Participate in Standard Play.

**Sweeps Coins** means sweepstakes entries subject to the Sweeps Rules. We may give you Sweeps Coins free of charge when you sign up to a Platform, as a bonus when you purchase Gold Coins or via each of our free alternative methods of entry as set out in the Sweeps Rules. You may win more Sweeps Coins when you Participate in Promotional Play. YOU CANNOT PURCHASE SWEEPS COINS.

**Sweeps Rules** means the Sweeps Rules available on the Platform.

**Terms and Conditions** means these terms and conditions, as amended from time to time.

F-3

**Third Party Website** means a third party website not controlled by us.

2.

2.1.

2.2.

LICENSING AND THE PROTECTION OF FUNDS

The online social game known as "Chanced" is owned and operated by Gold Coin Group LLC. All payments are processed by Gold Coin Group LLC or any Payment Administration Agent it appoints. The sweepstakes promotions and Prizes offered by Chanced are operated by Gold Coin Group LLC.

Funds equal to the aggregate value of Prizes which Registered Customers have chosen to leave unredeemed are held by Gold Coin Group LLC in accounts separate from its business account. This means that steps have been taken to protect such funds, but that in the event of insolvency there is no absolute guarantee that any Prizes which you have not yet redeemed will be allocated or paid to you.

3. YOUR PARTICIPATION

**Restrictions**

3.1. You declare and warrant that:

(a) you are over 21 years of age or such higher minimum legal age of majority as stipulated in the jurisdiction of your residence and are, under the laws applicable to you, legally allowed to participate in the Games offered on the Platform;

(b) WHEN PARTICIPATING IN:

> i. STANDARD PLAY, YOU DO NOT RESIDE IN OR ACCESS THE PLATFORM FROM THE EXCLUDED TERRITORIES; AND

> ii. PROMOTIONAL PLAY, YOU DO NOT RESIDE IN OR ACCESS THE PLATFORM FROM THE EXCLUDED TERRITORIES;

(c) you participate in the Games strictly in your personal capacity for recreational and entertainment purposes only;

(d) you participate in the Games on your own behalf and not on the behalf of any other person;

F-4

(e) all information that you provide to us during the term of validity of these Terms and Conditions is true, complete and correct, and you will immediately notify us of any change to such information;

(f) money that you use to purchase Gold Coins is not tainted with any illegality and, in particular, does not originate from any illegal activity or source, or from ill-gotten means;

(g) you will not purchase Gold Coins from a business or corporate account, but only an account held in your name;

(h) you will not be involved in any fraudulent, collusive, fixing or other unlawful activity in relation to your or third parties' participation in any of the Games and you will not use any software-assisted methods or techniques (including but not limited to bots designed to play automatically) or hardware devices for your participation in any of the Games. We reserve the right to invalidate any participation in the event of such behaviour;

(i) in relation to the purchase of Gold Coins, you must only use a valid Payment Medium which lawfully belongs to you; and

(j) you will not sell or trade for value, or seek to sell or trade for value, or accept as a sale or trade for value, any Merchandise provided to you by Chanced.

3.2. GOLD COIN PURCHASES MADE FROM WITHIN THE STATES OF WASHINGTON, MICHIGAN, MONTANA, CONNECTICUT, NEVADA, AND DELAWARE IN THE UNITED STATES OF AMERICA WILL BE VOIDED AND REFUNDED, MINUS AN ADMINISTRATIVE FEE OF UP TO 10% OF THE TOTAL PURCHASES MADE BY THE PLAYER, IN ADDITION TO ANY CHARGES THAT MAY BE LEVIED BY THE BANK OR FINANCIAL INSTITUTION MANAGING THE AFOREMENTIONED REVERSAL.

3.3. It is a Player's responsibility to ensure that their Participation is lawful in their jurisdiction. Any person who is knowingly in breach of clause 3, including any attempt to circumvent this restriction, for example, by using a VPN, proxy or similar service that masks or manipulates the identification of your real location, or by otherwise providing false or misleading information regarding your location or place of residence, or by Participating from an Excluded Territory or through a third party or on behalf of a third party located in an Excluded Territory, is in breach of these Terms and Conditions. Participating in Promotional Play from any territory that is not a Permitted Territory as defined in the Sweeps Rules is also a breach of these Terms and Conditions. You may be committing fraud and may be subject to criminal prosecution.

**Eligible Players**

3.4. Employees of Gold Coin Group LLC, any of their respective affiliates, subsidiaries, holding companies, advertising agencies, or any other company or individual involved with the design, production, execution or distribution of advertising the Games and their immediate family (spouse, parents, siblings and children, whether the relationship is by birth, marriage or adoption) and household members (people who share the same residence at least 3 months of the year) are not eligible to Participate.

4.

LICENCE

Subject to your agreement and continuing compliance with these Terms and Conditions, Gold Coin Group LLC grants you a personal, non-exclusive, non-transferable, non-sublicensable, revocable, limited licence to access and use the Platform and the Content through a supported Web browser or mobile device, solely for your personal, private entertainment, and for no other reason.

These Terms and Conditions do not grant you any right, title or interest in the Platform or Content.

You acknowledge and agree that your licence to use the Platform is limited by these Terms and Conditions and if you do not agree to, or act in contravention of, these Terms and Conditions, your licence to use the Platform (including the Games and Content) may be immediately terminated.

Where the Platform or any Game is deemed to be illegal under the laws of the jurisdiction in which you reside or are situated, you will not be granted any licence to, and must refrain from accessing, the Platform or relevant Game.

5. YOUR CUSTOMER ACCOUNT

**Single Account**

You are allowed to have only one Customer Account, including any Inactive Account, on the Platform. If you attempt to open more than one Customer Account, all accounts you have opened or tried to open may be suspended or closed and the consequences described in clause 21.3 may be enforced.

You must notify us immediately if you notice that you have more than one registered Customer Account, whether active or not, on any one Platform. DO NOT CREATE A NEW CUSTOMER ACCOUNT IF YOU WISH TO CHANGE YOUR EMAIL, ADDRESS OR SURNAME.

**Accuracy**

F-6

You are required to keep your registration details up to date at all times. If you change your address, email, phone number or any other contact details or personal information contact Customer Support via help@chanced.com in order to update your details. The name that you provide to us at registration must be identical to that listed on your government issued identification.

**Security and Responsibility of Your Customer Account**

As part of the registration process, you will have to choose a password to login into the Platform, unless you login to your Customer Account using the Facebook® login facility in which case your Facebook® password will apply.

It is your sole and exclusive responsibility to ensure that your Customer Account login details and any Payment Mediums are kept secure and are only accessible by you. You accept full responsibility for any unauthorized use of your Customer Account and any activity linked to your Customer Account, including by a minor (which in all events is prohibited).

You must not share your Customer Account or password with another person, let anyone else access or use your Customer Account or do any other thing that may jeopardise the security of your Customer Account.

If you become aware of, or reasonably suspect that security in your Customer Account has been compromised, including loss, theft or unauthorised disclosure of your password and Customer Account details, you must notify us immediately.

You are solely responsible for maintaining the confidentiality of your password and you will be held responsible for all uses of your Customer Account, including any purchases made under the Customer Account, whether those purchases were authorised by you or not.

You are solely responsible for anything that happens through your Customer Account, whether or not you undertook those actions. You acknowledge that your Customer Account may be terminated if someone else uses it and engages in any activity that breaches these Terms and Conditions or is otherwise illegal.

We are not responsible for any abuse or misuse of your Customer Account by third parties due to your disclosure of your login details to any third party, whether such disclosure is intentional or accidental, active or passive.

**Account Transfers**

You may not transfer Gold Coins or Sweeps Coins between Customer Accounts, or from your Customer Account to other players, or to receive Gold Coins or Sweeps

Coins from other Customer Accounts into your Customer Account, or to transfer, sell or acquire Customer Accounts. Any attempt to circumvent these prohibitions is ground for immediate closure of your Customer Account, without prejudice to any other rights or remedies available to us.

**Inactive Customer Accounts**

We reserve the right to close your Customer Account if it is deemed to be an Inactive Account.

**Closing of Customer Accounts**

If you wish to close your Customer Account you may do so at any time by contacting the Customer Support team via help@chanced.com and submitting a request to close your Customer Account. Closing your Customer Account will forfeit all continued access to and right to use, enjoy or benefit from any Gold Coins, Sweeps Coins and unredeemed Prizes associated with your Customer Account.

5.14. If the reason behind the closure of your Customer Account is related to concerns about possible responsible social gameplay issues you must indicate this in your request to close your Customer Account. Further details are provided in our Responsible Social Gameplay Policy.

5.15. You may be able to open your Customer Account again by sending a request to the Customer Support team. All requests for the re-opening of an account will be evaluated by our Customer Support and Compliance teams, who abide by strict customer protection guidelines.

**Discretion to Refuse or Close Accounts**

5.16. We reserve the right to place limits on, suspend, close, or refuse to open a Customer Account in our sole discretion. If we close your Customer Account pursuant to clause 21.1 of these Terms and Conditions, the consequences set out in clause 21 shall apply. If we close your Customer Account for other reasons, we will make reasonable efforts to enable you to redeem any Prizes in your Customer Account, but any license to continued use, enjoyment or benefit of or from the Gold Coins and Sweeps Coins will be terminated.

6. GAMES

**Rules**

Games offered on the Platform may have their own rules which are available on the Platform. It is your responsibility to read the rules of a Game before playing. You must

F-8

familiarize yourself with the applicable terms of play and read the relevant rules before playing any Game.

**Gold Coin Purchases**

The Payment Medium you use to purchase Gold Coins must be legally and beneficially owned by you and in your name. If it comes to our attention that the name you registered on your Customer Account and the name linked to your Payment Medium differ, your Customer Account will be immediately suspended. Should your Customer Account be suspended, we recommend that you contact Customer Support via help@chanced.com for details regarding our verification process.

We reserve the right to request documents and information to verify the legal and beneficial ownership of the Payment Medium you use to make Gold Coin purchases. We may grant or restrict access to certain Payment Mediums at our sole discretion.

You agree that we and our Payment Administration Agents and payments facilitators may store your payment information (e.g., card number or token) to process your future purchases. By accepting these Terms and Conditions, you authorize Gold Coin Group LLC and our Payment Administration Agents and payments facilitators to store your payment credentials in compliance with applicable payment processing regulations.

Gold Coin Group LLC begins processing a payment for the purchase of Gold Coins when you click on the "PROCEED TO PAY" button.

**No Refunds**. Purchases of Gold Coins are final and are not refundable, transferable or exchangeable. You agree to notify us about any billing problems or discrepancies within 30 days from the date of your purchase. If you do not bring them to our attention within 30 days, you agree that you waive your right to dispute such problems or discrepancies. You are responsible for and agree to reimburse us for all reversals, charge-backs, claims, fees, fines, penalties and any other liability incurred by us (including costs and related expenses) that were caused by or arising out of payments that you authorized or accepted or that were authorized or accepted using your Customer Account (even if not authorized by you).

**Gold Coin and Sweeps Coins Balance**

You may participate in any Game only if you have sufficient Gold Coins or Sweeps Coins (as applicable) in your Customer Account for such Participation. We will not extend you any credit whatsoever for the purchase of Gold Coins or otherwise.

From time to time, we may assign minimum or maximum Gold Coin purchases as specified and offered on the Platform.

Once a Gold Coin purchase has been made, the funds will be drawn from your Payment Medium as soon as practicable.

The purchase of Gold Coins is the purchase of a licence that allows you to Participate in Standard Play Games and is not the deposit of funds which can be withdrawn. Funds used to purchase Gold Coins will not, and cannot, be refunded to you, except as provided for in clause 6.6. Gold Coins do not have any real money value.

6.11. Gold Coins or Sweeps Coins that have been submitted for play and accepted cannot be changed, withdrawn or cancelled and the Gold Coins or Sweeps Coins (whichever applicable) will be drawn from your Gold Coin or Sweeps Coins balance instantly.

6.12. If you are found to have one or more of your purchases returned or reversed or charged back, your Customer Account will be suspended. If this occurs, the amount of such purchases will constitute a debt owed by you to us and you must immediately remit payment for such purchases through an alternative payment method. Until payment is received by us or our Payment Administration Agent, any purchases and winnings will be deemed void and requests to redeem Sweeps Coins for Prizes will not be allowed.

6.13. In accordance with the Sweeps Rules:

(a) unless we require otherwise in accordance with clause 6.13(b), any Sweeps Coin allocated to you is only required to be played once before it is eligible to be redeemed as a Prize; and

(b) we may, in our sole discretion, require that any Sweeps Coins allocated to you be played a greater number of times (not exceeding 20) in any combination of Promotional Play Games before it is able to be redeemed as a Prize.

**Void Games**

6.14. We reserve the right to declare Participation in a Game void, partially or in full, if, in our sole discretion, we deem it obvious that there was an error, mistake, misprint or technical error on the pay-table, win-table, minimum or maximum stakes, odds or software.

**Final Decision**

6.15. In the event of a discrepancy between the result shown on a user's device and the Gold Coin Group LLC software, the serve result showing on the Gold Coin Group LLC server software will be the official and governing result.

7. PROMOTIONS

All promotions, including Games played in Promotional Play, contests, special offers and bonuses, are subject to these Terms and Conditions, the Sweeps Rules and to additional terms that may be published at the time of the promotion.

In the event and to the extent of any conflict between these Terms and Conditions and any promotion-specific terms and conditions, the promotion-specific terms and conditions will prevail.

Gold Coin Group LLC reserves the right, at its sole discretion, to withdraw or modify such promotions (including their availability) without prior notice to you.

If, in the reasonable opinion of Gold Coin Group LLC, we form the view that a Registered Customer is abusing any promotion, to derive any advantage or gain for themselves or other Registered Customers, including by way of Fraudulent Conduct, we may, at our sole discretion, withhold, deny or cancel any advantage, bonus or Prize as we see fit.

Without limiting clause 12.4, you confirm that you grant Gold Coin Group LLC an irrevocable, perpetual, worldwide, nonexclusive, royalty-free license to use in whatever way we see fit, and without further acknowledgement of you as the author, any Content you post or publish as part of a promotion, contest or competition.

8. REDEMPTION OF PRIZES

**Prize Redemption Methods**

8.1. Subject to these Terms and Conditions:

(a) When you choose to redeem Prizes for gift cards, the gift cards will be allocated to the email address that you have registered against your Customer Account, or if this is not technically possible, then to an alternative email address you nominate, provided that email address is also your address and not that of a third party; and

(b) When you choose to redeem Prizes for cash, the cash payment will be made to the Payment Medium from which you purchased Gold Coins, or if this is not technically possible, then to an alternative financial account you nominate, provided that account is legally and beneficially owned by you. We reserve the right to require the use of the same payment method for redemption of Prizes as was used to purchase Gold Coins, or a specific payment method at our own discretion.

**Limits and Fees**

F-11

8.2. We reserve the right to charge fees for processing the redemption of Prizes to you and to set a minimum redemption threshold of SC100 for Prize redemptions.

8.3. In Florida, the maximum redemption value for a Prize won on any one spin or play is USD $5,000 and any Prize with a value in excess of USD $5,000 will be reduced to a maximum value of USD $5,000.

8.4. We reserve the right, in our sole discretion, to limit the value of your Prize redemptions to:

(a) USD$10,000 per day; or

(b) any other amount over any time that we consider necessary to satisfy our regulatory obligations or the requirements of our partners and suppliers.

**Your Responsibility for Prize Redemptions and Accuracy of Details**

8.5. When you choose to redeem Prizes for gift cards pursuant to clause 8.1(a), it is your sole responsibility to ensure that the email address and all relevant details you provide are accurate. If the details you have provided are not accurate, and we have processed the redemption using the details you have provided, the redemption of that Prize is complete and we are not required to reissue the gift cards.

8.6. If no valid email address is provided to us within 60 days of a request from us to do so, Gold Coin Group LLC is not obliged to allocate the gift cards to you and may in its discretion deem the Prizes to be void.

8.7. When you choose to redeem Prizes for cash, it is your sole responsibility to ensure that your financial institution will accept payment from us into your bank account. Gold Coin Group LLC has no obligation to check whether your financial institution will accept payments from us to your nominated bank account.

8.8. Subject to clause 8.9, we will not make payments into an account or online wallet which does not match your verified name or the name you provided when registering your Customer Account, or that is not legally and beneficially owned by you.

8.9. Prizes redeemed for cash:

(a) will be paid into a joint account or joint wallet provided that one of the names on the joint account or joint wallet matches the name you provided when registering your Customer Account or your verified name and all verification checks we require in relation to you and the other account holder are completed to our satisfaction. For the avoidance of doubt, if either joint account holder does

F-12

not satisfy our verification requirements, as determined solely at our discretion, we will not make payments into the nominated joint account;

(b) will not be paid into:

(i) a joint account or joint wallet where any of the joint owners is a minor; or

(ii) custodial accounts; or

(iii) any account held on trust for, or for the benefit of, a third party (including a minor).

8.10. Where you are required to provide the details of your financial institution, bank account or online wallet, you agree that you are solely responsible for the accuracy of those details. You further agree that, where you have chosen to redeem a Prize for cash and the details you have provided are not accurate, and we have processed the payment using the details you have provided, the redemption of that Prize is complete and we cannot and are not required to reverse or reissue the payment.

8.11. You acknowledge and agree that, if your financial institution will not accept payments from Gold Coin Group LLC or where your bank account or online wallet does not meet the requirements in these Terms and Conditions:

(a) you will be required to nominate an alternative bank account for the payment;

(b) there will be delays in the processing of the payment to you; and

(c) if you are unable to nominate an alternative bank account which meets the requirements set out in these Terms and Conditions within 60 days of a request from us to do so, Gold Coin Group LLC is not obliged to make the relevant payments to you and may in its discretion deem the Prizes to be void.

8.12. We are not responsible for the failure of any delays or failure to receive a payment due to your actions, including technical issues with your equipment or failure to keep your information up to date. We are not responsible for delays or failure to receive a payment due to the negligence or willful misconduct of a third party.

**Currency**

8.13. All Gold Coin purchases and direct bank transfer payments are executed in USD. It is a Player's responsibility to ensure that their nominated bank account can accept transactions in USD.

8.14. All foreign exchange transaction fees, charges or related costs that you may incur as a result of, or in relation to, payments made by the Gold Coin Group LLC to you are to be borne solely by you, including but not limited losses or additional costs arising f to any rom foreign exchange fluctuations.

**Timing and Frequency for Prize Redemptions**

8.15. We process requests to redeem Prizes in the order in which they are received. Our goal is to process your request as soon as practicable.

8.16. We will only process one Prize redemption request per Customer Account in any 24 hour period.

8.17. Where you choose to redeem Prizes for cash you acknowledge and agree that it may take up to 10 business days to process the relevant payment into your nominated bank account.

8.18. There may be delays in payments due to our identity verification process and certain Payment Mediums will require additional verification at the time of redemption.

8.19. Payments of over US$10,000 may require a longer processing time than usual due to bank clearance and security and fraud checks and may also be paid in more than one lump sum. This may add up to 7 days to the normal processing time but is dependent on the circumstances of each individual case.

8.20. Without limiting clause 8.2, you can request to redeem a Prize of any value; however, we reserve the right to:

> (a) reject a Prize redemption request on the basis that it exceeds the limits referred to in clause 8.3 or 8.4; or

> (b) allocate or pay Prizes in smaller increments over a number of days until all of the Prize has been allocated or paid.

**Payment Administration Agent**

8.21. You acknowledge and agree that we may in our sole discretion, from time to time, appoint one or more Payment Administration Agents to accept or make payments (including merchant facilities) from or to Players on our behalf.

8.22. A Payment Administration Agent will have the same rights, powers and privileges that we have under these Terms and Conditions and will be entitled to exercise or enforce their rights, powers and privileges as our agent or in their own name. In no event will we be liable to any Player for any loss, damage or liability resulting from the

F-14

Payment Administration Agent's negligence or acts beyond the authority given by Gold Coin Group LLC.

**Expiry and Forfeiture**

8.23. Sweeps Coins are only valid for 60 days from the date you last logged on to your Customer Account and will thereafter automatically expire.

8.24. Sweeps Coins may be forfeited if a Customer Account is closed for any reason, or at our discretion.

**Updating Payment Details**

8.25. Updating or adding additional payment details for the sole purpose of redeeming Prizes may only be done by you when logged into your Customer Account and when you are undergoing the process of redeeming a Prize. We cannot update or add additional payment details on your behalf.

**Refused Prizes**

8.26. If you choose to redeem Prizes for cash but refuse to accept payments made to your nominated bank account by Gold Coin Group LLC, you must refuse the amount in its entirety. Where you refuse to accept payment to your nominated bank account more than twice in any 3 month period, Gold Coin Group LLC reserves the right to suspend your Customer Account to undertake investigations to ensure that the Platform is not being used as a vehicle suspend for fraudulent activity.

**Mistaken Additions**

8.27. If at any time we mistakenly add Gold Coins or Sweeps Coins to your Customer Account that do not belong to you, whether due to a technical error, human error or otherwise, the Gold Coins or Sweeps Coins added by mistake will remain Gold Coin Group LLC property and will be deducted from your Customer Account. If you become aware that you have mistakenly received a prize redemption that does not belong to you prior to us becoming aware of the error, the mistakenly paid amount will (without prejudice to other remedies and actions that may be available at law) constitute a debt owed by you to us. In the event you discover an incorrect addition of Gold Coins or Sweeps Coins, you are obliged to notify Customer Support by using the "Contact" link on the Platform without delay.

9. VERIFICATION

**Verification Checks**

F-15

9.1. You agree that we are entitled to conduct any identification, credit and other verification checks that we may reasonably require or that are required of us under applicable laws and regulations or by relevant regulatory authorities or to otherwise prevent financial crime.

9.2. Until all required verification checks are completed to our satisfaction:

> (a) any request you have made for redemption of Prizes will remain pending; and

> (b) we are entitled to restrict your Customer Account in any manner that we may reasonably deem appropriate, including by suspending or closing your Customer Account.

9.3. We will carry out additional verification procedures in accordance with our internal anti-financial crime policies, including without limitation for any cumulative or single redemption of Prizes exceeding a value of USD$2,000 (or any USD amount that is equivalent to or greater than $2,000 from time to time). Verification procedures may, for example, include requests for, and our examination of, copies of your:

> (a) identification documentation (including photo identification) such as a passport;

> (b) proof of your address such as a utility bill; and

> (c) source of wealth or source of funds documentation such as a payslip or bank statement.

9.4. Where any identification, credit or other verification check we require cannot be completed to our satisfaction because you have not provided any document we request from you in the form that we require within 30 days' of the date the document was first requested, then we are under no obligation to continue with the verification check and we may, in our sole discretion, close or otherwise restrict your Customer Account in any manner that we may reasonably deem appropriate.

9.5. Players who request the redemption of Prizes held in a suspended or closed Customer Account should contact Customer Support via help@chanced.com. Nothing in this provision should be construed as conveying a right to any such redemption. Your rights in that regard are as set out elsewhere in these Terms and Conditions.

**External Verification Checks**

9.6. You agree that Gold Coin Group LLC may use third party service providers to run external identification and verification checks on all Customers on the basis of the information provided by you from time to time. other

10.RESPONSIBLE SOCIAL GAMEPLAY

Gold Coin Group LLC actively supports responsible social gameplay and encourages its Players to make use of a variety of responsible social gameplay features.

You may, at any time, request to take a break, self-exclude or permanently close your Customer Account. You may also set a limit on your purchases of Gold Coins, the amount of Sweeps Coins you play or the time you spend logged into your Customer Account. We refer you to our Responsible Social Gameplay Policy for full details.

Gold Coin Group LLC is committed to providing excellent customer service. As part of that pledge, Gold Coin Group is committed to supporting responsible social gameplay. Although Gold Coin Group will use all reasonable endeavours to enforce its responsible social gameplay policies, Gold Coin Group does not accept any responsibility or liability if you nevertheless continue gameplay and/or seek to use the Platform with the intention of

deliberately avoiding the relevant measures in place and/or Gold Coin Group LLC is unable to enforce its measures/policies for reasons outside of Gold Coin Group LLC's reasonable control.

11. FRAUDULENT CONDUCT

11.1. You will not, directly or indirectly:

> (a) solicit login credentials for, or attempt to access, any third-party accounts;

> (b) hack into any part of the Games or Platform through password mining, phishing, or any other means;

> (c) attempt to modify, reverse engineer, or reverse-assemble any part of the Games or Platform;

> (d) knowingly introduce viruses, Trojans, worms, logic bombs, spyware, malware, or other similar material;

> (e) circumvent the structure, presentation or navigational function of any Game so as to obtain information that Gold Coin Group LLC has chosen not to make publicly available on the Platform;

> (f) engage in any form of cheating or collusion;

> (g) use the Platform and the systems of Gold Coin Group LLC to facilitate any type of illegal money transfer (including money laundering proceeds of crime); or

(h) participate in or take advantage of, or encourage others to participate in or take advantage of schemes, organizations, agreements, or groups designed to share:

(i) special offers or packages emailed to a specific set of players and redeemable by URL; or

(ii) identification documents (including, but not limited to, photographs, bills and lease documents) for the purpose of misleading Gold Coin Group LLC as to a Player's identity.

11.2. You must not use the Platform for any unlawful or fraudulent activity or prohibited transaction (including Fraudulent Conduct) under the laws of any jurisdiction that applies to you. We monitor all transactions in order to prevent money laundering.

11.3. If Gold Coin Group LLC suspects that you may be engaging in, or have engaged in fraudulent, unlawful or activity, including money laundering activities or any conduct which violates these Terms and Conditions, your improper access to the Platform will be suspended immediately and your Customer Account may be closed. If your Customer Account is suspended or closed under such circumstances, Gold Coin Group LLC is under no obligation to reverse any Gold Coin purchases you have made or to redeem any Sweeps Coins or Prizes that may obligation to be in your Customer Account. In addition, Gold Coin Group LLC may pass any necessary information on to the authorities, other online service providers, banks, credit card companies, electronic payment providers or other relevant financial institutions. You will cooperate fully with any Gold Coin Group LLC investigation into such activity.

11.4. If you suspect any unlawful or fraudulent activity or prohibited transaction by another Player, please notify us immediately via the means of communication listed in the Customer Complaints procedure (described in clause 20).

12. INTELLECTUAL PROPERTY

The computer software, the computer graphics, the Platform and the user interface that we make available to you is owned by, or licensed to, Gold Coin Group LLC or its associates and protected by intellectual property laws. You may only use the software for your own personal, recreational uses in accordance with all rules, terms and conditions we have established (including these Terms and Conditions and the Sweeps Rules) and in accordance with all applicable laws, rules and regulations.

You acknowledge that Gold Coin Group LLC is the proprietor or authorized licensee of all intellectual property in relation to any Content.

F-18

Your use of the Games and Platform does not provide you with any intellectual property rights in the Content, Games or Platform.

You grant us, and represent and warrant that you have the right to grant us, an irrevocable, perpetual, worldwide, non-exclusive, royalty-free license to use in whatever way we see fit, any information, images, videos, comments, messages, music or profiles you publish or upload to any website or social media page controlled and operated by Gold Coin Group LLC.

You must not reproduce or modify the Content in any way, including by removing any copyright or trademark notice. Any removal, alternation, or attempts thereof, of any copyright, trademark, trade name, service mark, or any other proprietary notice or legend appearing on any of the Content is strictly prohibited. Any modification or utilization of the Content, except as expressly permitted in these Terms and Conditions, constitutes a violation of our intellectual property rights.

12.6. All trademarks and logos displayed in the Games and Platform are the property of their respective owners and are protected by applicable trademark and copyright laws.

13. THIRD PARTY WEBSITES, LINKS OR GAMES

**Third Party Websites**

You acknowledge and agree that Gold Coin Group LLC:

> (a) is not responsible for Third Party Websites; and

> (b) makes no guarantee as to the content, functionality, or accuracy of any Third Party Website.

13.2. You further acknowledge that some Third Party Websites may be fraudulent in nature, offering Gold Coins or Sweeps Coins which the operators of those websites are not authorized to provide, in an effort to induce you to reveal personal information (including passwords, account information and credit card details). You agree that Gold Coin Group LLC is not responsible for any actions you take at the request or direction of these, or any other Third Party Websites. **WE DO NOT AUTHORIZE ANY THIRD PARTY TO OFFER GOLD COINS OR SWEEPS COINS**. Any such offer should be deemed fraudulent and disregarded.

13.3. You acknowledge and accept that we do not endorse, guarantee, or assume responsibility for the goods or services offered on Third Party Websites. We are not involved in monitoring transactions between you and other providers of products and/or services. Just as with any purchase, it is advisable to exercise caution and use your best judgment.

13.4. Third Party Websites are subject to the terms and conditions outlined by that third party. Except as these Terms and Conditions disclaim warranties and liabilities, your interactions with Third Party Websites and the services or products they offer are not subject to our Terms and Conditions or other policies. We are not responsible for any use of confidential or private information by sellers or third parties. We reserve the right to downgrade or remove any link at our sole discretion.

**Links**

13.5. Any links to Third Party Websites do not:

(a) indicate a relationship between Gold Coin Group LLC and the third party; or

(b) indicate any endorsement or sponsorship by Gold Coin Group LLC of the Third Party Website, or the goods or services it provides, unless specifically indicated by Gold Coin Group LLC.

13.6. Where a website controlled and operated by Gold Coin Group LLC contains links to various social networking such as Facebook® and Twitter®, you acknowledge and agree that: sites,

(a) any comments or content that you post on such social networking sites are subject to the terms and conditions of that particular social networking site;

(b) you will not post any comments that are false, misleading or deceptive or defamatory to us, our employees, agents, officers or other players; and

(c) we are not responsible or liable for any comments or content that you or others post on social networking

sites.

**Games**

13.7. Games displaying the "Playtech" logo (a "Playtech Game"), are solely and exclusively owned by Playtech Software Limited, including all intellectual property rights in or to the online software relating to such Playtech Game.

13.8. You will not have any recourse against Playtech or any member of its group in relation to any Playtech Game and any recourse you may have in connection with the software connected to any Playtech Game is limited to the Gold Coin Group LLC.

14. DISRUPTIONS AND CHANGE

**No warranties**

The Platform is provided on an "as is" basis and to the fullest extent permitted by law, we make no warranty or representation, whether express or implied, in relation to the satisfactory quality, fitness for purpose, completeness or accuracy of the Platform (including the Games and Content).

**Malfunctions**

Gold Coin Group LLC is not liable for any downtime, server disruptions, lagging, or any technical or political disturbance to Game play, nor attempts by you to Participate by methods, means or ways not intended by us.

Gold Coin Group LLC accepts no liability for any damages or losses which are deemed or alleged to have arisen out of or in connection with any Platform or its Content including, without limitation, delays or interruptions in operation or transmission, loss or corruption of data, communication or lines failure, any person's misuse of a Platform or its Content or any errors or omissions in Content.

14.4. In the event of a Platform system malfunction all Game play on that Platform is void.

14.5. In the event a Game is started but fails to conclude because of a failure of the system, Gold Coin Group LLC will use commercially reasonable efforts to reinstate the amount of Gold Coins or Sweeps Coins played (whichever will use applicable) in the Game to you by adding them to your Customer Account. Gold Coin Group LLC reserves the right to alter Player balances and account details to correct such mistakes.

14.6. Gold Coin Group LLC reserves the right to remove any part of the Games from the Platform at any time. Any part of the Games that indicate incorrect behavior affecting Prize redemption, game data, Gold Coin balances, Sweeps of the Coins balances or other balances, that may be due to misconfiguration or a bug, will be cancelled and removed from the Platform. Player balances and account details may be altered by Gold Coin Group LLC in such cases in to correct any mistake.

**Changes to the Platform**

14.7. Gold Coin Group LLC reserves the right to suspend, modify, remove or add Content (including its availability) Platform at its sole discretion with immediate effect and without notice to you. We will not be liable to you for to the any loss suffered as a result of any changes made or for any modification to, or suspension, unavailability, or discontinuance of, the Platform (including any Game, promotion, challenge or Content thereon) and you will have no claims against Gold Coin Group LLC in such regard.

**Service Suspension**

14.8. We may temporarily suspend the whole or any part of the Platform for any reason at our sole discretion. We may, but will not be obliged to, give you as much notice as is reasonably practicable of such suspension. We will restore the Platform, as soon as is reasonably practicable, after such temporary suspension.

## 15. TERRITORIAL AVAILABILITY

The Platform, or any feature thereof (including any and all Games, promotions, challenges and Content), may not be available in all territories and jurisdictions and Gold Coin Group LLC makes no representation that the Platform is or shall remain available for use in any particular territories and jurisdictions. You acknowledge and agree that Gold Coin Group may (at its sole discretion) change, restrict or prohibit the availability of all or a portion of the Platform in certain territories and jurisdictions at any time, and you will have no claims against Gold Coin Group LLC in such regard.

## 16. VIRUSES

16.1. Although we take all reasonable measures to ensure that the Platform is free from viruses we cannot and do not guarantee that the Platform is free of such problems. It is your responsibility to protect your systems and have in place the ability to reinstall any data or programs lost due to a virus.

## 17. PRIVACY POLICY

Gold Coin Group LLC is committed to protecting and respecting your privacy and complying with all applicable data protection and privacy laws.

Our Privacy Policy is inseparably linked to and constitutes a part of these Terms and Conditions and its acceptance is a prerequisite to account registration.

## 18. MARKETING COMMUNICATIONS

You consent to receive marketing communications from Gold Coin Group LLC in respect of its offerings by way of email, post, SMS and telephone notifications, any of which you may unsubscribe from at any time by contacting Customer Support via help@chanced.com.

## 19. USE OF LIVE CHAT SERVICES

19.1. We may provide you with a Live Chat service to talk to our Customer Support representatives, to talk to our live social casino hosts, or to talk to other Players. This may include use of our Facebook® wall. It is your responsibility to use these services only for their intended purposes. You are not permitted to use our Live Chat services for illegal purposes.

19.2. Be careful what you post on any Live Chat service. We review and moderate chats and keep a log and record of statements. Your use of the Live Chat service should be for recreational and social purposes only.

19.3. Spamming on Live Chat is prohibited. You are prohibited from intimidating, harassing or abusing other Players or Gold Coin Group LLC employees and representatives.

19.4. You will not use any Live Chat service to engage in any form of harassment or offensive behavior, including but not limited to, threatening, derogatory, abusive or defamatory statements, or racist, sexually explicit, pornographic, obscene, or offensive language.

19.5. You will not use any Live Chat service to infringe the privacy rights, property rights, or any other rights of any person.

19.6. You will not submit any kind of material or information on any Live Chat service that is fraudulent or otherwise unlawful or violates any law.

19.7. You will not use any Live Chat service to distribute, promote or otherwise publish any material containing any solicitation for funds, advertising or solicitation for goods or services of other forums.

19.8. You will not use any Live Chat service to distribute, promote or otherwise publish any kind of malicious code or do anything else that might cause harm to the Platform or to other Player's systems in any way.

19.9. All messages transmitted to us, including those sent via email or through a Live Chat, shall be deemed to be readily accessible to the general public. We reserve the right to monitor anything and everything submitted by you to any Live Chat service to ensure that it conforms to content guidelines that are monitored by us and subject to change from time to time.

19.10. If you breach any of the provisions relating to a Live Chat service, we may ban you from using that Live Chat service or all Live Chat services and/or suspend or close your Customer Account. If we close your Customer Account, we reserve the right to cancel or refuse to redeem any Prizes.

19.11. We reserve the right to remove any Live Chat service from the Platform if abused.

19.12. We will not be liable if damage arises out of the Live Chat service.

19.13. You agree to indemnify us against any damage arising out of your illegal, unlawful or inappropriate conduct or arising out of violation of the provisions in clause 19 or any other rules on the Platform applying to the Live Chat service.

19.14. You will not collude in any way through the Live Chat service. Players are encouraged to report any suspicious behavior to Customer Support help@chanced.com

19.15. We reserve the right to report any suspicious behavior or chats on the Live Chat service to the relevant authority or law enforcement.

20. COMPLAINTS AND CUSTOMER SUPPORT

If you would like to contact our Customer Support department or have a complaint regarding our Platform (including any Game) you may contact us via help@chanced.com.

ALL EMAIL COMMUNICATIONS BETWEEN YOU AND Gold Coin Group LLC SHOULD BE CARRIED OUT USING THE EMAIL ADDRESS THAT YOU HAVE REGISTERED AGAINST YOUR CUSTOMER ACCOUNT HELD WITH Gold Coin Group LLC. FAILURE TO DO SO MAY RESULT IN OUR RESPONSE BEING DELAYED.

The following information must be included in any written communication with Gold Coin Group LLC (including a complaint):

> (a) your username;
>
> (b) your first and last name, as registered on your Customer Account;
>
> (c) a detailed explanation of the complaint/claim; and
>
> (d) any specific dates and times associated with the complaint/claim (if applicable).

20.4. Failure to submit a written communication with the information outlined above may result in a delay in our ability to identify and respond to your complaint/claim in a timely manner. The Chanced Casino Player Support Team ("**PST**") will inquire into complaints immediately. The PST will endeavor to respond to complaints within 10 calendar days of lodgment.

20.5. In some circumstances, the PST will require up to 20 calendar days to respond to a complaint. In this case, the Player will be informed of the delay within 10 calendar days of lodging the complaint.

21. CLOSURE/SUSPENSION OF ACCOUNT

21.1. Without limiting clause 5.16, we reserve the right, at our sole discretion, to suspend or close your Customer Account (notwithstanding any other provision contained in these Terms and Conditions) where we have reason to believe that you have engaged or are likely to engage in any of the following activities:

(a) you breached, or assisted another party to breach, any provision of these Terms and Conditions or the Sweeps Rules, or we have a reasonable ground to suspect such breach;

(b) you have more than one Customer Account, including any Inactive Account, on any Platform;

(c) the name registered on your Customer Account does not match the name on (i) your Payment Medium used to make purchases of Gold Coins or (ii) the account into which you elect to redeem Prizes or you do not legally and beneficially own such Payment Medium or redemption account;

(d) your communication with us consists of harassment or offensive behaviour, including (but not limited to) threatening, derogatory, abusive or defamatory statements, or racist, sexually explicit, pornographic, obscene or offensive language;

(e) your Customer Account is deemed to be an Inactive Account;

(f) you become bankrupt;

(g) you provide incorrect or misleading information;

(h) your identity or source of wealth or source of funds (if requested) cannot be verified;

(i) you attempt to use your Customer Account through a VPN, proxy or similar service that masks or manipulates the identification of your real location, or by otherwise providing false or misleading information regarding your citizenship, location or place of residence, or by playing Games using the Platform through a third party or on behalf of a third party;

(j) you are not over 21 years of age or such higher minimum legal age of majority as stipulated in the jurisdiction of your residence;

(k) you are located in a jurisdiction:

i. where Participation is illegal; or

ii. where you are ineligible to Participate in Promotional Play in accordance with the Sweeps Rules.

(l) you have allowed or permitted (whether intentionally or unintentionally) someone else to Participate using your Customer Account;

(m) you have played in tandem with other Player(s) as part of a club, group, etc., or played the Games in a coordinated manner with other Player(s) involving the same (or materially the same) selections;

(n) without limiting clause 6.12, where Gold Coin Group LLC has received a "charge back", claim or dispute and/or a "return" notification via your Payment Medium;

(o) you have failed our due diligence procedures, or are found to be colluding, cheating, money laundering or undertaking any kind of fraudulent activity;

(p) it is determined by Gold Coin Group LLC that you have employed or made use of a system (including machines, computers, software or other automated systems such as bots) which give you an unfair advantage;

(q) you have engaged in conduct or behavior antithetical to the interests of the Platform or Gold Coin Group LLC, or

(q) you do not meet the criteria set out in our Customer Acceptance Policy.

21.2. If Gold Coin Group LLC suspends or closes your Customer Account for any of the reasons referred to in clause 21.1 above, you will be liable for any and all claims, losses, liabilities, damages, costs and expenses incurred or suffered by Gold Coin Group LLC (together "**Claims**") arising therefrom and you will indemnify and hold Gold harmless on demand for such Claims. Coin Group LLC

21.3. If we have reasonable grounds to believe that you have participated in any of the activities set out in clause 21.1 above then we reserve the right to withhold all or part of the balance or recover from your Customer Account any Prizes, Gold Coins or Sweeps Coins that are attributable to any of the activities contemplated in clause 21.1. In such circumstances, your details may be passed on to any applicable regulatory authority, regulatory body or any other relevant external third parties.

21.4. If your Customer Account is suspended or closed and this leads to the withholding of Prizes, Sweeps Coins or Gold Coins, a documented copy of the decision may be sent to the relevant law enforcement authorities, as appropriate. It will not be possible for you to unlock your Customer Account during any suspension period.

F-26

21.5. The rights set out in clause 21 are without prejudice to any other rights that we may have against you under these Terms and Conditions or otherwise.

22. INDEMNITY AND LIMITATION OF LIABILITY

**Indemnity**

22.1. YOU AGREE TO INDEMNIFY AND HOLD HARMLESS US AND OUR AFFILIATES, AND OUR RESPECTIVE PARTNERS, DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS, SUBCONTRACTORS, LICENSORS, SUPPLIERS AND AGENTS AGAINST ANY AND ALL COSTS, EXPENSES, LIABILITIES AND DAMAGES (WHETHER DIRECT, INDIRECT, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE OR OTHER) ARISING FROM ANY PARTICIPATION BY YOU, INCLUDING WITHOUT LIMITATION:

(a) ACCESSING OR USING THE PLATFORM;

(b) RE-USE OF ANY CONTENT AT, OR OBTAINED FROM, THE PLATFORM OR ANY OTHER SOURCE WHATSOEVER;

(c) FACILITATING OR MAKING A PAYMENT INTO YOUR CUSTOMER ACCOUNT;

(d) PLAYING THE GAMES THROUGH ANY DELIVERY MECHANISM OFFERED; AND

(e) ACCEPTANCE AND USE OF ANY PRIZE.

**Limitation of Liability**

22.2. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, UNDER NO CIRCUMSTANCES WHATEVER WILL WE OR OUR AFFILIATES, OR OUR RESPECTIVE PARTNERS, OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AGENTS, LICENSORS, SUBCONTRACTORS AND SUPPLIERS, BE RESPONSIBLE OR LIABLE TO YOU OR TO ANY OTHER ENTITY, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, UNDER ANY LEGAL THEORY, WHETHER CONTRACT, TORT OR OTHERWISE, FOR ANY INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL, EXEMPLARY, OR PUNITIVE DAMAGES, INCLUDING PERSONAL INJURY, PAIN AND SUFFERING, EMOTIONAL DISTRESS, ANY LOST PROFITS AND LOST BUSINESS OPPORTUNITIES, BUSINESS INTERRUPTION, LOST REVENUE, INCOME, GOODWILL, USE OF DATA OR OTHER INTANGIBLE LOSSES, AND WHETHER CAUSED BY TORT (INCLUDING NEGLIGENCE), BREACH OF CONTRACT, OR OTHERWISE, EVEN IF

F-27

FORSEEABLE, IN EACH CASE THAT RESULT FROM OR RELATE IN ANY MANNER TO YOUR PARTICIPATION OR ANY OTHER ACT OR OMISSION BY US.

22.3. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, UNDER NO CIRCUMSTANCES WILL WE, OUR AFFILIATES, AND OUR RESPECTIVE PARTNERS, OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AGENTS, LICENSORS, SUBCONTRACTORS OR SUPPLIERS, BE LIABLE TO YOU FOR MORE THAN THE AMOUNT YOU HAVE PAID US IN THE THIRTY (30) DAYS IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT ANY SUCH CLAIM. YOU ACKNOWLEDGE AND AGREE THAT IF YOU HAVE NOT PAID US ANY AMOUNTS IN THE THIRTY (30) DAYS IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT ANY SUCH CLAIM, YOUR SOLE AND EXCLUSIVE REMEDY FOR ANY DISPUTE WITH US IS TO STOP USING THE PLATFORM AND TO CLOSE YOUR CUSTOMER ACCOUNT.

22.4. WE WILL NOT BE RESPONSIBLE OR LIABLE TO YOU FOR ANY LOSS AND TAKE NO RESPONSIBILITY FOR, AND WILL NOT BE LIABLE TO YOU FOR, ANY ACCESS TO OR USE OF THE SERVICES, INCLUDING BUT NOT LIMITED TO ANY LOSSES, DAMAGES OR CLAIMS ARISING FROM: (A) USER ERROR SUCH AS FORGOTTEN PASSWORDS, INCORRECTLY CONSTRUCTED TRANSACTIONS, OR MISTYPED ADDRESSES; (B) SERVER FAILURE OR DATA LOSS; (C) CORRUPTED OR THIRD-PARTY COMPROMISED WALLET FILES; (D) UNAUTHORIZED ACCESS TO APPLICATIONS; OR (E) ANY UNAUTHORIZED THIRD PARTY ACTIVITIES, INCLUDING WITHOUT LIMITATION THE USE OF VIRUSES, PHISHING, BRUTE FORCING OR OTHER MEANS OF ATTACK AGAINST THE PLATFORM, A THIRD PARTY, OR YOU. WE WILL ALSO NOT BE RESPONSIBLE FOR: (A) ANY LATE, LOST, MISROUTED, GARBLED OR DISTORTED OR DAMAGED TRANSMISSIONS, OR REGISTRATIONS; (B) PHONE, ELECTRONIC, HARDWARE, SOFTWARE, NETWORK, INTERNET, OR OTHER COMPUTER OR COMMUNICATIONS-RELATED MALFUNCTIONS OR FAILURES; (C) ANY SERVICES DISRUPTIONS, INJURIES, LOSSES OR DAMAGES; OR (D) ANY TYPOGRAPHICAL ERRORS IN ANY MATERIALS ASSOCIATED WITH THE SERVICE.

22.5. YOU RECOGNIZE AND AGREE THAT THE WARRANTY DISCLAIMERS IN CLAUSES 14 AND 16, AND THE INDEMNITIES AND LIMITATIONS OF LIABILITY IN CLAUSE 22, ARE MATERIAL AND BARGAINED FOR BASES OF THESE TERMS AND THAT THEY HAVE BEEN TAKEN INTO ACCOUNT AND REFLECTED IN THE DECISION BY YOU TO ENTER INTO THESE TERMS AND CONDITIONS. Depending on where you reside and use the Platform, some of the limitations contained in clause

F-28

22 may not be permissible. In such cases, those clauses will not apply to you, solely to the extent so prohibited.

22.6. If you are a consumer who resides in California, you waive your rights under California Civil Code § 1542, which provides: "A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party."

**Gross Negligence and Wilful Misconduct**

22.7. NOTHING IN THESE TERMS AND CONDITIONS WILL OPERATE SO AS TO EXCLUDE ANY LIABILITY OF Gold Coin Group LLC FOR DEATH OR PERSONAL PHYSICAL INJURY THAT IS DIRECTLY AND PROXIMATELY CAUSED BY GOLD COIN GROUP'S GROSS NEGLIGENCE OR WILFUL MISCONDUCT.

**Survival of Obligations**

22.8. CLAUSE 22 SURVIVES THE TERMINATION OF THESE TERMS AND CONDITIONS FOR ANY REASON.

23. Gold Coin Group LLC NOT A FINANCIAL INSTITUTION

**Interest**

You will not receive any interest on outstanding Prizes, and you will not treat Gold Coin Group LLC as a financial institution.

**No legal or tax advice**

Gold Coin Group does not provide advice regarding tax and/or legal matters. Players who wish to obtain advice regarding tax and legal matters are advised to contact appropriate advisors.

24. DISPUTE RESOLUTION AND AGREEMENT TO ARBITRATE ON AN INDIVIDUAL BASIS **PLEASE READ THIS CLAUSE 24 CAREFULLY BECAUSE IT MAY REQUIRE YOU AND GOLD COIN GROUP LLC TO ARBITRATE CERTAIN DISPUTES AND CLAIMS ON AN INDIVIDUAL BASIS AND LIMITS THE MANNER IN WHICH YOU AND Gold Coin Group LLC CAN SEEK RELIEF FROM EACH OTHER**. If you reside in or access the Games at any time while located in the United States, this clause 24 (Dispute Resolution and Agreement to Arbitrate on an Individual Basis) shall be construed under and be subject to the Federal Arbitration Act, notwithstanding any other choice of law set out in these Terms and Conditions.

F-29

By agreeing to these Terms and Conditions, and to the extent permitted by applicable law, you, or anyone who otherwise relies on these Terms and Conditions in a dispute, and Gold Coin Group LLC agree that any and all past, present and future disputes, claims or causes of action between you and Gold Coin Group LLC arising out of or relating to these Terms and Conditions, the Platform and Games, the formation of these Terms and Conditions or any other dispute between you and Gold Coin Group LLC or any of Gold Coin Group LLC's partners, officers, directors, employees, shareholders, licensors, distributors, suppliers or agents, and whether arising prior to or after your agreement to this clause 24, (collectively, "Dispute(s)") will be governed by the procedure outlined below. You and Gold Coin Group LLC further agree that any arbitration pursuant to this clause 24 shall not proceed as a class, group or representative action.

The term "Dispute" includes any claims or causes of action based in contract, statute, regulation, ordinance, tort (including, but not limited to, fraud, misrepresentation, fraudulent inducement, or negligence), or any other legal or equitable theory, and includes the validity, enforceability or scope of this Dispute Resolution and Agreement to Arbitrate Provision (with the exception of the enforceability of the Multi-party Proceedings clause below). "Dispute" is to be given the broadest possible meaning.

**Informal Dispute Resolution**. Gold Coin Group LLC wants to address your concerns without the need for a formal legal dispute. Before filing a claim against Gold Coin Group LLC or any of Gold Coin Group LLC's partners, officers, directors, employees, shareholders, licensors, distributors, suppliers or agents, you agree to try to resolve the Dispute informally by contacting Customer Support via help@chanced.com. If a dispute is not resolved within 30 days after the email noting the Dispute is sent, you or Gold Coin Group LLC may initiate an arbitration proceeding as described below.

In contacting Customer Support, you should include (1) your name, (2) your address, (3) your account name and registered email address (so that we can verify that you have an account); (4) a written description of your claims or allegations that provide sufficient specificity for us to understand the Dispute and attempt to revolve it, and (5) a description of the specific relief you seek (if any). If your initial notice does not provide sufficient detail about your Dispute for a reasonable person to understand the specifics of your Dispute, Gold Coin Group LLC may ask for additional information and you agree to provide such additional information.

Similarly, if you have provided an email address to us as part of your Customer Account registration, Gold Coin Group LLC agrees to contact you prior to initiating arbitration.

F-30

**We Both Agree to Arbitrate**. By agreeing to these Terms and Conditions, and to the extent permitted by applicable law, you and Gold Coin Group LLC each and both agree to resolve any Disputes – including any Dispute concerning the enforceability, validity, scope or severability of this agreement to arbitrate or any dispute with any of Gold Coin Group LLC's partners, officers, directors, employees, shareholders, licensors, distributors, suppliers or agents – through final and binding arbitration as discussed herein.

**Opt-out of Agreement to Arbitrate**. You may decline this agreement to arbitrate by contacting arbitrationoptout@chanced.com within 30 days of first accepting these Terms and Conditions and stating that you (include your first and last name, email address and postal address) decline this arbitration agreement. By opting out of the agreement to arbitrate, you will not be precluded from playing the Games, but you and Gold Coin Group LLC will not be permitted to invoke the mutual agreement to arbitrate to resolve Disputes under the Terms and Conditions otherwise provided herein. For avoidance of doubt, in the event you exercise your right to opt out of the agreement to arbitrate, those limitations and restrictions applicable to litigation that are set out in this Section 24 shall continue to apply to you. In addition, if you opt out of this agreement to arbitrate and at the time of your receipt of these Terms and Conditions you were bound by an existing agreement to arbitrate disputes arising out of or related to your use of or access to the Platform or Games, that existing arbitration agreement will remain in full force and effect. In other words, if you are bound by an agreement to arbitrate at the time you opt out of this one, that prior agreement to arbitrate will continue to apply to you.

24.4. **Arbitration Procedures and Fees**. You and Gold Coin Group LLC agree that JAMS ("**JAMS**") will administer the arbitration under its Streamlined Rules in effect at the time arbitration is sought ("**JAMS Rules**"). Those rules are available at www.jamsadr.com.

24.5. Arbitration will proceed on an individual basis and will be handled by a sole arbitrator in accordance with those rules; provided that the parties shall be presented with a list of five potential arbitrators and shall rank those potential arbitrators in order of preference. The parties agree that the JAMS arbitrator must have the following minimum qualification: practicing attorneys or retired federal court judges who have at least ten (10) years of substantive expertise in litigating and resolving complex business disputes, including motions to compel arbitration and litigation or adjudication regarding whether disputes are arbitrable. JAMS shall select the arbitrator with the highest combined preference (e.g., if both parties select a potential arbitrator as their top preference, that arbitrator will be selected).

24.6. You and Gold Coin Group LLC further agree that, unless and only to the prohibited under JAMS Rules, the arbitration will be held in New York, New York, or, at either your or our extent election, will be conducted telephonically or via other remote electronic means.

24.7. The JAMS Rules will govern payment of all arbitration fees. The arbitrator shall be authorized to award any remedies, including injunctive relief, that would be available to you in an individual lawsuit and that are not waivable under applicable law.

24.8. For purposes of Sections 16.1 and 16.2 of the JAMS Rules, the JAMS Streamlined Arbitration Rules and Procedures and JAMS Expedited Procedures shall not apply to the proceeding unless otherwise explicitly agreed to by all parties to the Dispute.

24.9. In lieu of JAMS Rule 18, the parties shall have the right to submit a dispositive motion at the outset of the arbitration to the Arbitrator. The submission and scheduling of such motions shall be addressed at a conference held before the JAMS arbitrator, and the Parties agree that any dispositive motions must be resolved and the remainder of the arbitral proceedings stayed pending resolution, absent good cause and immediate necessity to proceed.

24.10. **Proceedings Requiring Three Arbitrators**. Notwithstanding any language to the contrary in clause 24.4, if a party either seeks a monetary award in excess of five hundred thousand dollars ($500,000) or seeks an equitable form of relief that would significantly impact other Gold Coin Group LLC users, in each case as determined by either party, the parties agree that such arbitration will proceed on an individual basis but will reasonably be handled by a panel of three (3) arbitrators and take place pursuant to the JAMS Comprehensive Arbitration Rules and Procedures ("**JAMS Comprehensive Rules**"). Each party shall select one neutral arbitrator, with the third neutral arbitrator selected in accordance with the JAMS Comprehensive Rules. That third arbitrator shall serve as chair of the arbitral panel and must be a retired judge with experience arbitrating or mediating disputes. In the event of disagreement as to whether the threshold for a three-arbitrator panel has been met, the sole arbitrator appointed in accordance with this clause 24.5 shall make that determination. If the arbitrator determines a three-person panel is appropriate, the arbitrator may – if selected by either party or through the JAMS selection process – participate in the arbitral panel. You and Gold Coin Group LLC agree that any award issued by a three-arbitrator panel may be appealed in accordance with the JAMS Optional Arbitration Appeal Procedures at either party's election.

24.11. **Mass Arbitration**. To increase efficiency of resolution, in the event 25 or more similar arbitration demands against Gold Coin Group LLC, presented by or with the assistance of the same law firm or organization or group of firms or organizations working in coordination, are submitted to JAMS, the JAMS Mass Arbitration Procedures and Guidelines ("**JAMS Mass Rules**") shall apply. In such event, the JAMS Process Administrator (as described in the JAMS Mass Rules) shall have the authority to implement the procedures set forth in the JAMS Mass Rules, including the authority to group together individual arbitration demands into a single coordinated proceeding. All provisions of this Clause 24 that are not in conflict with the JAMS Mass Rules, including the qualifications for the arbitrators, shall continue to apply.

24.12. **Class Action and Collective Arbitration Waiver**. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER YOU NOR Gold Coin Group LLC SHALL BE ENTITLED: TO CONSOLIDATE, OR COORDINATE DISPUTES BY OR AGAINST OTHER INDIVIDUALS OR ENTITIES; TO PARTICIPATE JOIN IN ANY GROUP, CLASS, COLLECTIVE OR MASS ARBITRATION OR LITIGATION (EXCEPT SOLELY AS JUST STATED IN CLAUSE 24.6); TO ARBITRATE OR LITIGATE ANY DISPUTE IN A REPRESENTATIVE CAPACITY, INCLUDING AS A REPRESENTATIVE MEMBER OF A CLASS; TO ARBITRATE OR LITIGATE ANY DISPUTE IN A PRIVATE ATTORNEY GENERAL CAPACITY; OR OTHERWISE TO SEEK TO RECOVER LOSSES OR DAMAGES (WHETHER FOR YOURSELF OR OTHERS) INCURRED BY A THIRD PARTY. IN CONNECTION WITH ANY DISPUTE (AS DEFINED ABOVE), ANY AND ALL SUCH RIGHTS ARE HEREBY EXPRESSLY AND UNCONDITIONALLY WAIVED. NOTWITHSTANDING ANYTHING TO THE CONTRARY SET FORTH IN THESE TERMS AND CONDITIONS, IN THE EVENT ALL OR ANY PORTION OF CLAUSES 24.5, 24.6 OR 24.7 OF THIS CLAUSE 24 (DISPUTE RESOLUTION AND AGREEMENT TO ARBITRATE ON AN INDIVIDUAL BASIS) ARE FOUND TO BE INVALID OR LESS THAN FULLY ENFORCEABLE IN A PARTICULAR DISPUTE, THEN THE PARTIES' AGREEMENT TO ARBITRATE (BUT NOT THOSE PROVISIONS OF CLAUSE 24 APPLICABLE TO LITIGATION) MAY BE DEEMED VOID AND AS HAVING NO EFFECT FOR PURPOSES OF THAT DISPUTE, UPON EITHER PARTY'S ELECTION.

24.13. **Exceptions to Agreement to Arbitrate for Temporary Relief**. Notwithstanding the other provisions of this clause 24 (Dispute Resolution and Agreement to Arbitrate on an Individual Basis), either you or we may bring an action in a court as authorized by clause 25.17 for temporary injunctive relief until an arbitrator has been empaneled and can determine whether to continue, terminate or modify such relief.

25. OTHER

**Entire Agreement**

These Terms and Conditions, including the incorporated policies and any documents expressly referred to therein, and any other legal notice or agreement, including guidelines or rules published by us on the Service, constitute the entire agreement between you and us with respect to your Participation and, save in the case of fraud, supersede all prior or contemporaneous communications and proposals, whether electronic, oral or written, between you and us with respect to your Participation.

**Amendments**

Gold Coin Group LLC reserves the right to amend these Terms and Conditions, or to implement or amend any procedures, at any time. Any amendments will be published on the Platform and such changes will be binding and effective immediately.

Whenever we amend these Terms and Conditions in a way that would limit your current rights or which may be to your detriment, we will notify you upon your next visit to the Platform and you will be required to reconfirm your acceptance prior to playing any Games. If you do not agree to the amended Terms and Conditions, you must stop using the Platform.

**Taxes**

Under certain state laws, Gold Coin purchases may be subject to certain taxes, depending on your location. You agree your purchases of Gold Coins is made with the understanding that such tax will be added at the time of purchase. In jurisdictions where tax is not added by us at the time of purchase, you are solely responsible for any taxes applicable from your Participation, including transaction taxes (e.g. sales/use tax, value added taxes or digital sales taxes) applicable to your jurisdiction. Additionally, you are solely responsible for reporting any income taxes associated with winning valuable prizes.

**Force Majeure**

Gold Coin Group LLC will not be liable or responsible for any failure to perform, or delay in performance of, any of our obligations under these Terms and Conditions that is caused by unforeseen circumstances or events outside of our reasonable control, including: Acts of God, such as fire, flood, earthquakes, hurricanes, tropical storms, or other natural disasters; epidemics, pandemics; war, riot, arson, embargoes, acts of civil or military authority, or terrorism; fiber cuts; strikes, or shortages in transportation, facilities, fuel, energy, labor, or materials; failure of the telecommunications or information services infrastructure; hacking, spam, data breach, malware, or any failure of a computer, server, network, or software for so long as the event continues to delay

F-34

our performance; unlawful acts of our employees, agents, or contractors; and any other *force majeure* event defined under relevant law..

**No agency**

The rights and obligations of the parties are limited to those expressly set forth herein. Nothing in these Terms and Conditions will be construed as creating any agency, partnership, trust arrangement, fiduciary relationship or any other form of joint enterprise between you and us.

**Severability**

If any of the Terms and Conditions are determined by any competent authority to be invalid, unlawful or unenforceable to any extent or for any reason, such term, condition or provision will, to that extent, be severed from these Terms and Conditions. All remaining terms, conditions and provisions will continue to be valid to the fullest extent permitted by law. In such cases, the part deemed invalid or unenforceable will be amended in a manner consistent with the applicable law to reflect, as closely as possible, the original import of the invalid or unenforceable provision.

**Explanation of Terms and Conditions**

We consider these Terms and Conditions to be open and fair. If you need any explanation regarding these Terms and Conditions or any other part of our Platform, contact Customer Support via help@chanced.com

25.9. The Terms and Conditions prevail over any communication via email or chat.

25.10. All correspondence between you and us may be recorded.

25.11. No waiver or action made by us may be deemed a waiver of any subsequent default of the same provision of these Terms and Conditions.

25.12. All headings are solely for convenience and may not affect the meaning or effect of these Terms and Conditions.

**Usages**

In these Terms and Conditions, unless otherwise stated or the context otherwise requires, the following usages will apply:

25.13. References to a statue will refer to the statute and any successor statute, and to all regulations promulgated under or implementing the statute or successor, as in effect at the relevant time.

25.14. In calculating periods from a specified date to a later specified date, the words "from" and "commencing on" (and the like) mean "from and including" and the words "to," "until," and "ending on" (and the like) mean "to but excluding."

25.15. References to a governmental or quasi-governmental agency, authority, or instrumentality will also refer to a regulatory body under the agency, authority, or instrumentality.

25.16. The term "including" means "including, but not limited to."

**Assignment**

25.17. These Terms and Conditions are personal to you, and are not assignable, delegable, transferable or sub-licensable by you except with our prior written consent. We reserve the right to assign, transfer or delegate any of our rights and obligations hereunder to any third party without notice to you.

**Business Transfers**

25.18. In the event of a change of control, merger, acquisition, or sale of assets of the Gold Coin Group, your Customer Account and associated data may be part of the assets transferred to the purchaser or acquiring party. In such an event, we will provide you with notice via email or via our Platform explaining your options with regard to the transfer of your Customer Account.

**Language**

25.19. These Terms and Conditions may be published in several languages for information purposes and ease of access by players but will all reflect the same principles. It is only the English version that is the legal basis of the relationship between you and us and in case of any discrepancy between a non-English version and the English version of these Terms and Conditions, the English version will prevail.

**Third Party Beneficiary**

25.20. You agree and intend that these Terms and Conditions are entered into for the express benefit of your spouse, heirs, children and next-of-kin, and shall bind the same to the extent of any claims arising from your use of the Service which is brought by them or by any person for their use or benefit.

**Applicable Law and Jurisdiction**

25.21. These Terms and Conditions, your use of the Platform and our entire relationship will be governed and interpreted in accordance with the laws of the State of Wyoming and the laws of USA applicable in Wyoming, without regard for its choice or conflict of

law principles. The application of the United Nations Convention on Contracts for the International Sale of Goods is specifically excluded.

25.22. Subject to clause 7.2 and absent an express statement to the contrary, in the event of any conflict or inconsistency between any provision of these Terms and Conditions and a provision of the Responsible Social Gameplay Policy, Sweeps Rules or Customer Acceptance Policy, these Terms and Conditions shall control solely to the extent necessary to resolve the conflict or inconsistency.

25.23. Subject to clause 24, the parties agree that any Dispute (as defined in clause 24) will be submitted exclusively to the courts in Wyoming, and you and we consent to the venue and personal jurisdiction of those courts. Notwithstanding the foregoing, the parties agree that either party may move to compel arbitration or to enforce an arbitral award issued hereunder before any court of competent jurisdiction.