# THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| JERRY KELSCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLD COIN GROUP LLC,<br><br>Defendant. | ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION<br><br>Case No. 2:25-cv-00995-DBB-JCB<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

Before the court is Defendant Gold Coin Group, LLC's counsel's motion for pro hac vice admission of Katherine Kovalsky.[1] Based upon the motion's compliance with DUCivR 83-1.1(c), the court GRANTS the motion.

IT IS SO ORDERED.

DATED this 8th day of June 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 21.