DAVID W. SCOFIELD – 4140
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093-6160
Telephone: (801) 322-2002
E-Mail: dws@psplawyers.com

*Counsel for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JERRY KELSCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GOLD COIN GROUP LLC,<br><br>Defendants. | Case No. 2:25-cv-00995<br><br>**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION TO COMPEL ARBITRATION AND TO STAY CASE (ECF No. 22)** |

Plaintiff Jerry Kelsch hereby submits this notice of non-opposition to the Motion to Compel Arbitration (ECF No. 22 (the "Motion")) filed by Defendant, so as to enable the arbitrator to decide threshold questions concerning the arbitrability of this dispute. Plaintiff agrees with Defendant's position, as set forth in the Motion, that this matter should be stayed pending the completion of such arbitration.

Dated: July 22, 2026

Respectfully submitted,

**PETERS | SCOFIELD**
*A Professional Corporation*

/s/ David W. Scofield
DAVID W. SCOFIELD

*Counsel for Plaintiff and Putative Class*