UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JERRY KELSCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLD COIN GROUP LLC,<br><br>Defendant. | **ORDER GRANTING [ECF NO. 22] DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>Case No. 2:25-cv-00995-DBB-JCB<br><br>District Judge David Barlow |

Before the court is Defendant's Motion to Compel Arbitration and Stay Proceedings.[1] Plaintiff filed a Notice of Non-Opposition.[2] Upon consideration of the briefing and the non-opposition, the court GRANTS the motion.[3] The action is STAYED pending arbitration. The parties are further ORDERED to file a status report with the court every 90 days.

Signed July 29, 2026.

BY THE COURT

David Barlow
United States District Judge

[1] Def.'s Mot. to Compel Arbitration and Stay Proceedings, ECF No. 22, filed June 1, 2026.
[2] Pl.'s Notice of Non-Opp'n to Mot. to Compel Arbitration and to Stay Case, ECF No. 26, filed July 22, 2026.
[3] ECF No. 22.